# Genesis Venture Logistics, LLC
## Profit & Loss
### January 1 through July 13, 2020

|  | Jan 1 - Jul 13, 20 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Barge Cleaning | 3,194.00 |
| Barge Freight Income | 6,335.00 |
| Brokering Revenue | 471,388.50 |
| Fuel Sales | 35,110.62 |
| **Total Income** | 516,028.12 |
|  |  |
| **Cost of Goods Sold** |  |
| Boat Assist | 1,500.00 |
| Brokered Fuel Expense | 29,893.67 |
| Cleaning Expense | 1,300.00 |
| Fleeting Expense | -9,000.00 |
| Survey Expense | -6,000.00 |
| Warehouse Lease Cost | -19,044.40 |
| **Total COGS** | -1,350.73 |
|  |  |
| **Gross Profit** | 517,378.85 |
|  |  |
| **Expense** |  |
| Bad Debts | 29,258.60 |
| Bank Service Charges | 626.75 |
| Business Licenses and Permits | 4,230.00 |
| Commissions | 600.00 |
| Computer and Internet Expenses | 3,544.47 |
| Dues & Subscriptions | 3,117.42 |
| Fees and Surcharges | 186.00 |
| Health Insurance Expense | 689.92 |
| Insurance Expense | -28,357.22 |
| Interest Expense | 34,281.87 |
| Late Fee | 164.80 |
| Legal Fees | 28,102.83 |
| Meals | 120.95 |
| Miscellaneous Expense | 1,596.50 |
| Office Supplies | 712.10 |
| **Parking & Tolls** |  |
| Parking | 6.00 |
| Tolls | 10.89 |
| **Total Parking & Tolls** | 16.89 |
|  |  |
| **Payroll Expenses** |  |
| Payroll Taxes | 18,000.37 |
| Salaries-Office | 216,360.02 |
| **Total Payroll Expenses** | 234,360.39 |
|  |  |
| Penalties | 1,421.97 |
| Postage Expense | 137.10 |
| Professional Fees | 9,158.00 |
| Profit Sharing | 3,535.75 |
| Property Taxes | 13,218.82 |
| Rent Expense | 755.66 |
| Repairs and Maintenance | 2,135.00 |
| Tax Related Penalties | 867.43 |
| Telephone Expense | 4,538.27 |
| Trucking Software/Subscription | 521.07 |
| Utilities | 978.40 |
| **Total Expense** | 350,519.74 |
|  |  |
| **Net Ordinary Income** | 166,859.11 |

# Genesis Venture Logistics, LLC
## Profit & Loss
### January 1 through July 13, 2020

|  | Jan 1 - Jul 13, 20 |
| --- | --- |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | 99,232.58 |
| **Total Other Income** | 99,232.58 |
| **Other Expense** | |
| Ask My Accountant | -3,123.75 |
| **Total Other Expense** | -3,123.75 |
| **Net Other Income** | 102,356.33 |
| **Net Income** | **269,215.44** |