8:27 AM
07/13/20
Accrual Basis

# Genesis Venture Logistics, LLC
## Balance Sheet
### As of July 13, 2020

|  | Jul 13, 20 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Citizens Bank & Trust Checking | 1,218.03 |
|       Metairie Bank | 3,591.76 |
|       Red River Bank | 10,677.26 |
|     **Total Checking/Savings** | 15,487.05 |
|     **Accounts Receivable** | |
|       Accounts Receivable | 1,281,582.02 |
|     **Total Accounts Receivable** | 1,281,582.02 |
|     **Other Current Assets** | |
|       Amerifactors Escrow | 218,528.87 |
|     **Total Other Current Assets** | 218,528.87 |
|   **Total Current Assets** | 1,515,597.94 |
|   **Fixed Assets** | |
|     Accumulated Depreciation | -13,225.00 |
|     **Company Vehicles** | |
|       2016 GMC Yukon | 75,497.00 |
|     **Total Company Vehicles** | 75,497.00 |
|   **Total Fixed Assets** | 62,272.00 |
|   **Other Assets** | |
|     Due From Steve Farmer | 35,700.00 |
|   **Total Other Assets** | 35,700.00 |
| **TOTAL ASSETS** | **1,613,569.94** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 3,493,020.18 |
|       **Total Accounts Payable** | 3,493,020.18 |
|       **Credit Cards** | |
|         Capital One Credit Card | -643.72 |
|       **Total Credit Cards** | -643.72 |
|       **Other Current Liabilities** | |
|         Due to Big Rig | 6,325.42 |
|         EIDL Loan | 10,000.00 |
|         **Loans** | |
|           Loan Me | 3,962.30 |
|           Royal Business Group (5) | 58,461.00 |
|           Royal Business Group (6) | 245,729.75 |
|           SBA Loan | 94,600.00 |
|         **Total Loans** | 402,753.05 |

8:27 AM
07/13/20
Accrual Basis

# Genesis Venture Logistics, LLC
## Balance Sheet
### As of July 13, 2020

|  | Jul 13, 20 |
|---|---:|
| **Payroll Liabilities** | |
|    Federal Withholding | 14,617.26 |
|    FUTA | 277.00 |
|    IL State Withholding | 594.00 |
|    LA State Withholding | 1,578.23 |
|    LA Unempl | 77.50 |
|    PA Local Withholding | 160.44 |
|    PA State Withholding | 308.64 |
|    PA Unempl | 21.00 |
|    TX Unemp | 27.90 |
| **Total Payroll Liabilities** | 17,661.97 |
| **PPP Loan** | 141,700.00 |
| **Total Other Current Liabilities** | 578,440.44 |
| **Total Current Liabilities** | 4,070,816.90 |
| **Long Term Liabilities** | |
|    Due to Derwin Falcon | 176,198.50 |
|    TD Auto Finance GMC | 26,903.26 |
| **Total Long Term Liabilities** | 203,101.76 |
| **Total Liabilities** | 4,273,918.66 |
| **Equity** | |
|    Investment-Lorraine Hyde | 1,631,930.24 |
|    Retained Earnings | -4,561,494.40 |
|    Net Income | 269,215.44 |
| **Total Equity** | -2,660,348.72 |
| **TOTAL LIABILITIES & EQUITY** | 1,613,569.94 |