| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Genesis Venture Logistics, L.L.C. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known) | 20-11419 |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 7, 2020    X  /s/ Lorraine Hyde
                                  Signature of individual signing on behalf of debtor

                                  Lorraine Hyde
                                  Printed name

                                  Manager/Member
                                  Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Genesis Venture Logistics, L.L.C. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known): | 20-11419 |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Alexis Marine LLC<br>2304 Engineers Road Suite B<br>Belle Chasse, LA 70037 | | Trade debts | | | | $57,295.00 |
| American Commercial Barge Line, LLC<br>1701 E. Market St<br>Jeffersonville, IN 47130 | | Trade debts | | | | $414,252.31 |
| American Tugs, Inc.<br>1515 Engineers Road<br>Belle Chasse, LA 70037 | | Trade debts | | | | $226,854.04 |
| CGB Marine at Eagle Fleet<br>23464 Network Place<br>Chicago, IL 60673-1234 | | Trade debts | | | | $32,903.25 |
| Citizens Bank and Trust<br>3100 E. Causeway Approach<br>Mandeville, LA 70448 | | Promissory Note | Contingent Unliquidated | | | $98,555.49 |
| Citizens Bank and Trust<br>3100 E. Causeway Approach<br>Mandeville, LA 70448 | | Promissory Note | Contingent Unliquidated | | | $538,204.54 |
| ComData<br>716 N. Causeway Blvd<br>Metairie, LA 70001 | | Trade debts | | | | $20,539.48 |
| Derwin Falcon<br>PO Box 86576<br>Baton Rouge, LA 70879 | | Trade debts | | | | $176,189.50 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Genesis Venture Logistics, L.L.C. | | Case number *(if known)* | 20-11419 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Diamond Services Corporation<br>PO Box 1286<br>Morgan City, LA 70381 | | Trade debts | | | | $81,210.00 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | Quarterly Taxes plus penalties and interest<br>$4,123.08 6/19/2020<br>$4,123.13 7/8/2020<br>$3,466.26 7/22/2020<br>$3,516.97 8/7/2020<br>$2,534.86  Pen | | | | $17,764.30 |
| M/G Transport Services, Inc.<br>PO Box 679381<br>Dallas, TX 75267-9381 | | Trade debts | | | | $23,625.00 |
| McDonough Marine Service<br>PO Box 919227<br>Dallas, TX 75391-9227 | | Trade debts | | | | $128,450.00 |
| Neale Marine Transportation & Fleeting<br>PO Box 5368<br>Vienna, WV 26105 | | Trade debts | | | | $89,600.62 |
| Par Funding (CBSG)<br>20 N 3rd Street<br>Philadelphia, PA 19106 | | Merchant Cash Advance Agreement(s) | Disputed | | | $275,800.58 |
| River Ventures, LLC<br>PO Box 429<br>St. Amant, LA 70774 | | Trade debts | | | | $287,875.00 |
| Robert B Miller & Assoc Inc<br>230 S Bemiston Ave Suite 1230<br>St Louis, MO 63105 | | Trade debts | | | | $42,075.50 |
| Royal Funding<br>80 Broad Street Suite 1302<br>New York, NY 10004 | | Merchant Cash Advance Agreement(s) | Disputed | | | $304,370.75 |
| Ryder Truck Rental, Inc.<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | | Trade debts | | | | $83,308.69 |

Debtor  Genesis Venture Logistics, L.L.C.  
Name

Case number *(if known)*  20-11419

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The St. Paul Barge Line, Inc.<br>4537 Folse Drive<br>Metairie, LA 70006 | | Trade debts | | | | $227,250.00 |
| TRI-CON, INC.<br>PO Box 20555<br>Beaumont, TX 77720-0555 | | Trade debts | | | | $23,162.06 |