# United States Bankruptcy Court
### Eastern District of Louisiana

In re: Genesis Venture Logistics, L.L.C.
Debtor(s)

Case No. 20-11419
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

I, the Manager/Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 7, 2020

/s/ Lorraine Hyde
Lorraine Hyde/Manager/Member
Signer/Title

Access World
520 Elmwood Park Blvd.
Suite 135
New Orleans, LA 70123


Aim National Leasing
1500 Trumbull Road
Girard, OH 44420


Alexis Marine LLC
2304 Engineers Road
Suite B
Belle Chasse, LA 70037


American Commercial Barge Line, LLC
1701 E. Market St
Jeffersonville, IN 47130


American Tugs, Inc.
1515 Engineers Road
Belle Chasse, LA 70037


AmeriFactors (Gulf Coast Bank)
1170 Celebration Blvd
Suite 100
Celebration, FL 34747


Arrow Marine, LLC (M/V Mrs. Leslie)
659 Hwy 653
Raceland, LA 70394


Ashley & Arnold
c/o Richard Jeremy Schoepke
322 N. Church Ave.
Dyersburg, TN 38024


B&J Inc
PO Box 967
Lake Arthur, LA 70549


Baton Rouge Harbor Service, INC
PO BOX 878
Groves, TX 77619-0878

Bayou Fleet
PO Box 446
Hahnville, LA 70057


Bohman Morse, LLC
Harry E. Morse, VI
Martin S. Bohman
650 Poydras St., Ste. 2710
New Orleans, LA 70130


C & J Marine Services
PO Box 190
Berwick, LA 70342


Capital One Credit Card
PO Box 60599
Industry, CA 91716-0599


Ceres Consulting, L.L.C.
c/o its registered agent
Mark Allen Fletcher
3808 Cookson Rd.
East Saint Louis, IL 62201


CGB Marine at Eagle Fleet
23464 Network Place
Chicago, IL 60673-1234


Choctaw Transportation Company, Inc.
1311 E. Court Street
Dyersburg, TN 38025


Choctaw Transportation Company, Inc.
c/o its registered agent
Jean Moore
1307 E. Court Street
Dyersburg, TN 38024-4810


Citizens Bank and Trust
3100 E. Causeway Approach
Mandeville, LA 70448


ComData
716 N. Causeway Blvd
Metairie, LA 70001

```
CS Transport
120 Homestead Court
Moro, IL 62067


Daigle Fisse & Kessenich
Michael William McMahon
Paul R. Trapani, III
227 Highway 21
Madisonville, LA 70447


Derwin Falcon
PO Box 86576
Baton Rouge, LA 70879


Devall Towing & Boat Service of Hackberr
PO Box 54220
New Orleans, LA 70154-4220


Diamond Services Corporation
PO Box 1286
Morgan City, LA 70381


Dunham-Price Group, LLC
c/o its registered agent
Robert Price, III
210 Mike Hooks Road
Westlake, LA 70669


Eagle Control Systems
4341 Inniswold Rd
Baton Rouge, LA 70809


Economy/Stone Midstream Fuel, LLC
PO Box 4869
Dept. 476
Houston, TX 77210-4869


Frilot LLC
Patrick J. McShane, Danica Benbow Denny,
T. Patrick O'Leary and Kathleen P. Rice
1100 Poydras St., Suite 3700
New Orleans, LA 70163
```

```
Genesis Venture Logistics, LLC
c/o Ben E. Clayton
Clayton Law Firm
PO Box 189
Bogalusa, LA 70429


GVL, LLC
c/o Ben E. Clayton
Clayton Law Firm
PO Box 189
Bogalusa, LA 70429


Hydra Force LLC
1910 Engineers Road
Belle Chasse, LA 70037


Illinois Department of Revenue
PO Box 19004
Springfield, IL 62794-9004


Independent Diving Services, LLC
100 Herman Drive
Belle Chasse, LA 70037


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 932100
Louisville, KY 40293-2100


IntraTug
PO Box 577
Maurice, LA 70555


John W. Stone Oil Distributors LLC
PO Box 4869
Dept. 322
Houston, TX 77210-4869


Johnny's Propeller Shop
PO Box 2237
Morgan City, LA 70381
```

KZM Marine Services, LLC
1209 Linwood Avenue
Metairie, LA 70003


Loan Me
1900 S. State College Boulevard
Suite 300
Anaheim, CA 92806


Louisiana Department of Revenue
Collection Division
Bankruptcy Section
PO Box 66658
Baton Rouge, LA 70896-6658


Louisiana Deprt. of Revenue
P. O. Box 4969
Baton Rouge, LA 70821-4969


Louisiana Workforce Commission
UI Tax and Adjudications
Attn: Bankruptcy Unit
PO Box 44127
Baton Rouge, LA 70804-4127


M/G Transport Services, Inc.
PO Box 679381
Dallas, TX 75267-9381


Marine Fueling Services, Inc
9000 Old Yacht Club Road
Port Arthur, TX 77642


McCranie, Sistrunk, Anzelmo, Hardy, McDa
909 Poydras St.
Suite 1000
New Orleans, LA 70112


McDonough Marine Service
PO Box 919227
Dallas, TX 75391-9227


McKnight Cranberry LLP
PO Box 783457
Philadelphia, PA 19178-3457

Miller Hahn, PLLC - LA
Allan C. Crane
Bobby R. Miller, Jr.
365 Canal Street, Ste. 860
New Orleans, LA 70130


Neale Marine Transportation & Fleeting
PO Box 5368
Vienna, WV 26105


Par Funding (CBSG)
20 N 3rd Street
Philadelphia, PA 19106


Patriot Construction
PO Box 10
Duson, LA 70529


Pennsylvania Department of Revenue
PO Box 280904
Harrisburg, PA 17128-0904


Pusateri, Johnston, Guillot & Greenbaum
1100 Poydras Street
Suite 2250
New Orleans, LA 70163


Quality Carriers, Inc.
4910 Paysphere Circle
Chicago, IL 60674-4910


Reasonover & Berg, LLC
Kirk Reasonover
400 Poydras Street, Ste. 1980
New Orleans, LA 70130


Rebel Oil Co., Inc.
2200 South Highland Drive
Las Vegas, NV 89102


Retif Oil & Fuel, LLC
1840 Jutland Drive
Harvey,, LA 70058

River Barge Works
3021 Highway 190
Port Allen, LA 70767


River Ventures, LLC
PO Box 429
St. Amant, LA 70774


Riverlands Insurance Services
12 St. Ann Drive
Unit 5
Mandeville, LA 70471


Robert B Miller & Assoc Inc
230 S Bemiston Ave
Suite 1230
St Louis, MO 63105


Royal Funding
80 Broad Street
Suite 1302
New York, NY 10004


Ryder Truck Rental, Inc.
6000 Windward Parkway
Alpharetta, GA 30005


Scott D. Brownell
14131 South Lakeshore Drive
Covington, LA 70435


Settoon Towing
PO Box 11407
Dept. 2088
Birmingham, AL 35246


Stanley Parts and Equipment
PO Box 325
Channelview, TX 77350


Tamir Law Group, P.C.
c/o Yeshaya Gorkin, Esq.
80 Broad St., Ste. 1302
New York, NY 10004

```
Tax Collector/Sheriff
Parish of St. Tammany
PO Box 1120
Covington, LA 70434


TD Auto Finance
PO Box 9223
Farmington Hills, MI 48333


The St. Paul Barge Line, Inc.
4537 Folse Drive
Metairie, LA 70006


Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263-4558


TRI-CON, INC.
PO Box 20555
Beaumont, TX 77720-0555
```