# United States Bankruptcy Court
## Eastern District of Louisiana

In re: __Genesis Venture Logistics, L.L.C.__
Debtor(s)

Case No. __20-11419__
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Genesis Venture Logistics, L.L.C.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 7, 2020
Date

/s/ Greta M. Brouphy
Greta M. Brouphy 26216
Signature of Attorney or Litigant
Counsel for __Genesis Venture Logistics, L.L.C.__
Heller, Draper, Patrick, Horn & Manthey LLC
650 Poydras Street
Suite 2500
New Orleans, LA 70130
504-299-3300 Fax:504-299-3399
gbrouphy@hellerdraper.com