UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 20-11419 |
| GENESIS VENTURE LOGISTICS, L.L.C. | * | CHAPTER 11 |
| DEBTOR | * | SUBCHAPTER V |

**MOTION FOR AUTHORITY TO APPROVE
COMPENSATION AND PAYMENTS TO INSIDERS –
LORRAINE HYDE AND SAMANTHA HYDE**

**NOW INTO COURT**, through undersigned counsel, comes Genesis Venture Logistics, L.L.C. (the "**Debtor**"), who files this *Motion for Authority to Approve Compensation and Payments to Insiders – Lorraine Hyde and Samantha Hyde* ("**Motion**"). In support thereof, the Debtor respectfully represents as follows:

**Jurisdiction**

1. This Court has jurisdiction over this Motion under 28 U.S.C. § 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A), (M) and (O).

2. The statutory bases for the relief requested herein are sections 105(a), 363(b), and 507(a)(4), of title 11 of the United States Code (as amended, the "Bankruptcy Code").

**Background**

3. On August 7, 2020, the Debtor filed a voluntary petition for relief under Chapter 11-Subchapter V of the Bankruptcy Code thereby commencing the above-captioned case.

4. The Debtor continues to operate its business and manage its properties as debtor in possession, pursuant to § 1184 of the Bankruptcy Code.

5. Lorraine Hyde ("***Ms. Hyde***") is the managing member of the Debtor. Accordingly, Ms. Hyde is an insider as defined in section 101(31B) of the Bankruptcy Code.

6. Ms. Hyde is compensated for her services rendered to the Debtor. Ms. Hyde's compensation is $50,000 (annually) or $2,083.33 (semi-monthly) with a car allowance, which is paid directly to TD Auto Finance (approx. $976/month) by the Debtor.

7. Ms. Hyde's services, which are essential to the success of the Debtor, include the following:

- Manage all aspects of day-to-day operations
- Hiring/Firing and salary adjustments for personnel
- Approval and signing of checks
- Signing and co-signing for loans and/or lines of credit
- Approving major purchases or acquisitions
- Estimating responsibility and approval for projects and sales quotes
- Contract signing authority
- Marketing and sale operations and planning; including customer service
- Work with CPA and internal accounting on financials

8. Samantha Hyde ("***Samantha***") is the step-daughter of the Ms. Hyde, the managing member of the Debtor. Accordingly, Samantha is an insider as defined in section 101(31B) of the Bankruptcy Code.

9. Samantha is compensated for her services rendered to the Debtor. Samantha's net compensation is $2,187.50 (semi-monthly).

10. Samantha's services, which are essential to the success of the Debtor, include the following:

- Office Manager
    - Digitize all company files
    - Contact with Tech Support
    - Answer phones
    - Enter fixed costs into Accounting System
    - Maintain internal HR documents
    - Shipping & Receiving
- Woman-Owned Business, DBE, WOSB, EDWOSB, SAM.GOV Licenses
    - Applications
    - Renewals
    - Systems Management at each individual sites
- Marketing & Communications
    - GVL website management
    - Advertising apparel
    - Flyers
    - Business cards
    - Conference scheduling
- Company Credit Cards/Expenses tracking

## **Relief Requested**

11. Pursuant to Local Rule 4002-1(C)(2), the Debtor requests that the Court enter an order granting this Motion and providing the Debtor authority to compensate Ms. Hyde and Samantha as insiders of the Debtor as her services are necessary for the going concern of the Debtor.

## **Basis for Relief**

12. Local Rule 4002-1(C)(2) of the Local Rules of this Court provides, in relevant part, that any motion to compensate any insider must recite:

i. The necessity for retaining the insider;

ii. The services that the insider will perform on behalf of the estate;

iii. The amount (including any benefits) that the debtor proposed to pay to the insider, and the terms and conditions of the employment or other undertaking;

iv. All compensation, benefits, and other payments that the insider has received from the debtor in the six (6) months prior to the petition; and

v. The insider's salary at the date of the petition

13. The proposed compensation to Ms. Hyde and Samantha are equal to the amount of their prepetition salaries and the car allowance for Ms. Hyde. The amount are equal to the amounts paid during the (6) months prior to the petition the declaration in support of this Motion that is confirmed by the attached **Exhibit A**,. Payments by and through this Motion are requested to be paid at the rates described above per insider plus the other identified benefits.

14. The services provided by Ms. Hyde are vital for the Debtor to continue its operations, solicit new business, and maintain relations are necessary for the Debtor to have the chance to successfully reorganize. The daily operations and licensees which are of significant value provided by Samantha are vital to maintain operations and for new business.

15. The Debtor states that the salary paid to Ms. Hyde and Samantha will be deferred should it be determined that there is insufficient revenue from its business operations to fund the compensation with any outstanding amounts during case addressed through the plan of reorganization.

**WHEREFORE**, for the foregoing reasons, pursuant to Local Rule 4002-1(C)(2), the Debtor respectfully request the Court to grant the Motion and allow the compensation and car allowance for Ms. Hyde as requested herein, the compensation for Samantha, and for any and all equitable relief.

Dated: August 10, 2020

        */s/Greta M. Brouphy*
        Greta M. Brouphy, La. Bar No. 26216
        Michael E. Landis, La. Bar No. 36542
        **HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.**
        650 Poydras Street, Suite 2500
        New Orleans, LA 70130-6103
        Telephone: 504.299.3300/Fax: 504.299.3399
        gbrouphy@hellerdraper.com
        mlandis@hellerdraper.com

        *Proposed Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     *     CASE NO. 20-11419

GENESIS VENTURE LOGISTICS, L.L.C.   *     CHAPTER 11

    DEBTOR     *     SUBCHAPTER V

### DECLARATION OF LORRAINE HYDE IN SUPPORT OF THE MOTION FOR AUTHORITY TO APPROVE COMPENSATION AND PAYMENTS TO INSIDERS – LORRAINE HYDE AND SAMANTHA HYDE

**LORRAINE HYDE** declares under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I, Lorraine Hyde, am the managing member of the Genesis Venture Logistics, LLC, the Debtor, and submit this Declaration in support of the *Motion for Authority to Approve Compensation and Payments to Insiders – Lorraine Hyde and Samantha Hyde.*

2. The information contained in this Declaration is of my own personal knowledge and with representative attorneys for the Debtor. To the extent any information disclosed herein requires amendments or modifications; I will submit a supplemental declaration to the Court.

3. I have read and reviewed the Motion, and insofar as I have been able to ascertain, I believe the contents are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 10th day of August 2020

          Genesis Venture Logistics, L.L.C.


          By:    */s/ Lorraine Hyde*
          Name: Lorraine Hyde
          Its:     Manager, Member