UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 20-11419 |
| GENESIS VENTURE LOGISTICS, L.L.C. | * | CHAPTER 11 |
| DEBTOR | * | SUBCHAPTER V |

## NOTICE OF CHANGE OF MAILING ADDRESS FOR CREDITORS

**NOW INTO COURT**, through undersigned counsel, comes Genesis Venture Logistics, L.L.C. (the "Debtor"), who hereby files this Notice of Change of Mailing Address for Creditors to correct the Court's records. The change is as follows:

| **FORMER ADDRESS** | **CURRENT ADDRESS:** |
|---|---|
| Access World<br>520 Elmwood Park Blvd.<br>Suite 135<br>New Orleans, LA 70123-6822 | Access World (USA) LLC<br>c/o Jamey Cursi<br>5200 Coffee Drive<br>New Orleans, LA  70015 |
| Par Funding (CBSG)<br>20 N 3rd Street<br>Philadelphia, PA 19106-2118 | Par Funding (CBSG)<br>22 North 3rd Street<br>Philadelphia, PA 19106 |

August 27, 2020

/s/ Greta Brouphy
Greta M. Brouphy (La Bar No. 26216)
Michael E. Landis (La Bar No. 36542)
**Heller, Draper, Patrick, Horn**
 **& Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Tel: (504) 299-3300/Fax: (504) 299-3399
E-mail:  gbrouphy@hellerdraper.com
E-mail:  mlandis@hellerdraper.com

*Counsel for the Debtor*

{00373683-2}

# **CERTIFICATE OF SERVICE**

I, Greta M. Brouphy, counsel for Debtor, do hereby certify that I caused the above and foregoing *Notice of Change of Mailing Address for Creditors* to be served on **August 27, 2020,** via the Court's ECF Notification System as follows:

- **Christy Renee Bergeron**   Christy.Bergeron@usdoj.gov
- **Greta M. Brouphy**   gbrouphy@hellerdraper.com, kfritscher@hellerdraper.com;lwright@hellerdraper.com
- **Leo David Congeni**   leo@congenilawfirm.com, michelle@congenilawfirm.com
- **Michael E. Landis**   mlandis@hellerdraper.com, kfritscher@hellerdraper.com
- **Mark C. Landry**   mlandry@newmanmathis.com, faith@newmanmathis.com
- **Robert A. Mathis**   rmathis@newmanmathis.com
- **Harry Morse**   harry@harrymorse.com
- **Stewart F. Peck**   speck@lawla.com, ymaranto@lawla.com
- **Office of the U.S. Trustee**   USTPRegion05.NR.ECF@usdoj.gov

I also caused same to be served on **August 27, 2020**, via U.S. First Class Mail, postage prepaid upon the party listed at its current address above.

/s/ *Greta M. Brouphy*
Greta M. Brouphy