# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 20-11419 |
| GENESIS VENTURE LOGISTICS, L.L.C. | * | CHAPTER 11 |
| DEBTOR | * | SUBCHAPTER V |

## VERIFIED STATEMENT AND AFFIDAVIT OF BEN E. CLAYTON IN CONNECTION WITH APPLICATION FOR AUTHORITY TO EMPLOY AND COMPENSATE CERTAIN PROFESSIONALS

STATE OF LOUISIANA

ST. TAMMANY PARISH

I, **Ben E. Clayton**, being duly sworn, hereby declare as follows:

1. I am a member in the firm of Clayton Law Firm, LLC, (the "Firm"), with a municipal address of 202 Village Circle, Suite No. 2, Slidell, Louisiana 70458; E-mail: ben@claytonlawfirmllc.com. Joshua P. Clayton is also a practicing attorney employed by the Firm. Joshua and I are attorneys-at-law, duly admitted and in good standing to practice law in the state of Louisiana. I have personal knowledge of the facts set forth herein, and if called as a witness, I would testify thereto.

2. I am authorized to make this affidavit (the "Affidavit") on the Firm's behalf. This Affidavit is submitted pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure in support of the application of the above-referenced Debtor to retain and employ the Firm to represent Debtor in the above-captioned Chapter 11 case as special litigation counsel to represent Debtor in any matters that require the Firm's services that may arise during this bankruptcy case, including, without limitation, the following:

a. The litigation or other resolution of issues related to a Consent Judgment entered into between Debtor and American Commercial Barge Line, LLC ("ACBL") dated September 19, 2019 in the Circuit Court No. 2 for Clark County, State of Indiana, including litigation styled *American Commercial Barge Line, LLC v. Genesis Venture Logistics, LLC*, No. 2019-15720, Twenty-Second Judicial District Court for the Parish of St. Tammany (the "ACBL Dispute").

b. The litigation or other resolution of Debtor's claims against Carbo Ceramics, Inc. ("Carbo") related to Carbo's breach of a barge transportation agreement with Debtor, including in litigation styled *In re: CARBO Ceramics, Inc.*, No. 20-31973, United States Bankruptcy Court for the Southern District of Texas (Houston Division) (the "Carbo Dispute").

c. The litigation or other resolution of Debtor's claims against Ceres Consulting, LLC ("Ceres"), and potentially other parties, related to barge transportation work that Debtor performed for Ceres (the "Ceres Dispute").

d. The litigation or other resolution of issues relating to a lawsuit filed by Diamond Services Corporation ("Diamond") against Debtor and other parties relating to a charter party contract between Diamond and Debtor, including litigation styled *Diamond Services Corp. v. Genesis Venture Logistics, LLC, et al.*, No. 134555, Sixteenth Judicial District Court for the Parish of St. Mary (the "Diamond Dispute").

e. The litigation or other resolution of issues relating to a lawsuit filed by Debtor against Dunham-Price Group LLC and DP Aggregates, LLC (collectively, "DP") related to DP's breach of a barge transportation agreement with Debtor, defamation, and other claims, including counterclaims and third party demands asserted by DP against Debtor and other parties, including litigation styled *Genesis Venture Logistics, LLC v. Dunham-Price Group, LLC, et al.*,

No. 19-13293, United States District Court for the Eastern District of Louisiana (the "DP Dispute").

f. The litigation or other resolution of issues relating to a lawsuit filed by KZM Marine Services, LLC ("KZM") against Debtor and other parties relating to a maritime contract between KZM and Debtor, and of issues relating to claims by Debtor against KZM and its owner, Tommy Henry, relating to various acts and omissions by KZM and Mr. Henry, including in litigation styled *KZM Marine, LLC v. Genesis Venture Logistics, LLC, et al.*, No. 20-2012, United States District Court for the Eastern District of Louisiana (the "KZM/Henry Dispute").

g. The litigation or other resolution of issues relating to a lawsuit filed by River Ventures, LLC ("RV") against Debtor and Lorraine Hyde relating to an alleged barge transportation contract, including litigation styled *River Ventures, LLC v. Genesis Venture Logistics, LLC, et al.*, No. 19-12376, United States District Court for the Eastern District of Louisiana (the "RV Dispute").

h. The litigation or other resolution of issues relating to a lawsuit filed by RJ's Transportation, LLC ("RJ's") against Debtor and Lorraine Hyde relating to an alleged open account and promissory note, including a reconventional demand filed against RJ's, including litigation styled *RJ's Transportation, LLC v. Genesis Venture Logistics, LLC, et al.*, No. 2019-14596, Twenty-Second Judicial District Court for the Parish of St. Tammany (the "RJ's Dispute").

## DISINTERESTEDNESS OF PROFESSIONALS

3. Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither, I, the Firm, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the above-captioned Debtor, its creditors, or

any other parties in interest, or their respective attorneys and accountants, or the United States Trustee or any person employed in the office of the United States Trustee, except as disclosed or as otherwise described herein.

4. The Firm is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code, in that the Firm, its partners, counsel, and associates:

- a) are not creditors,[1] equity security holders, or insiders of the Debtor;

- b) are not and were not investment bankers for any outstanding security of the Debtor;

- c) have not been, *(i)* investment bankers for a security of the Debtor, or *(ii)* an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtor; and

- d) are not and were not a director, officer, or employee of the Debtor or of any investment banker as specified in subparagraph (b) or (c) of this paragraph.

5. I am not related, and to the best of my knowledge, no attorney at the Firm is related, to any sitting United States Bankruptcy Judge in the Eastern District of Louisiana, sitting United States District Judge in the Eastern District of Louisiana, or to the United States Trustee for such district or any employee thereof.

---

[1] Although the Firm performed some work on the petition date of August 7, 2020, the Firm has not billed the Debtor for that work, which, along with all other postpetition work performed by the Firm, is the subject of the Firm's application to employ and would be included in any future applications for payment in this case. For purposes of the application and this Affidavit, the Firm deems all the August 7, 2020 work to be postpetition work.

4

6. The Firm does not represent any interest adverse to the Debtor in the matters upon which the Firm is to be engaged.

7. To the best of my knowledge, the Firm does not represent any officers, directors, or equity holders of Debtor, or Debtor's lenders, except that the Firm represents Lorraine Hyde individually as a party to litigation involved in the Diamond Dispute, the DP Dispute, the KZM/Henry Dispute, the RV Dispute, and the RJ's Dispute. There is an alignment of interest between Ms. Hyde and GVL in the above mentioned disputes.

8. To the best of my knowledge, no Firm attorney is a shareholder or bondholder of the Debtor.

9. I will periodically review my files during the pendency of this Chapter 11-Subchapter V case to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, I will use reasonable efforts to identify such further developments and will promptly file a Supplemental Affidavit as Bankruptcy Rule 2014(a) requires.

**PROFESSIONAL COMPENSATION**

10. The Debtor's Application requests, pursuant to Section 327(e) of the Bankruptcy Code, approval of its retention of the Firm on an hourly fee basis, with Debtor responsible to pay all litigation costs and expenses. The Debtor agreed to pay the Firm's attorneys' fees at a rate of $250.00 per hour and to pay all litigation costs and expenses. Attached as Exhibit A-1 *in globo* are true and correct copies of an initial written contract and subsequent emails memorializing the Debtor's fee and cost agreement with the Firm. The fee arrangement is consistent with fees charged to similarly situated clients of the Firm.

11. I have not received a retainer in connection with this Chapter 11-Subchapter V case.[2] Before the petition date, the Firm performed work for the Debtor and for Lorraine Hyde in the above-mentioned disputes and in other matters. The Firm is not owed money for that work, but was paid prepetition for that work via invoice payments and prepetition retainers. To protect the Debtor's interests, including in matters requiring immediate attention, the Firm has continued to represent the Debtor postpetition. As of September 17, 2020, the Firm's legal fees (not yet billed) for such postpetition work, not including any time spent preparing the Application to Employ, for the above-mentioned disputes total $20,675.00, of which $11,000.00 has been for the common benefit of GVL and Lorraine Hyde in litigation in which claims for relief have been asserted against both of them. As of September 17, 2020, the Firm's legal expenses and costs for such postpetition work for the above-mentioned disputes total $467.33, of which $298.49 has been for the common benefit of GVL and Lorraine Hyde in litigation in which claims for relief have been asserted against both of them.[3]

12. No promises have been received by the Firm as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. The firm

---

[2] After the petition date, Lorraine Hyde, without the undersigned knowing its precise intended use, provided the Firm with a $10,000 check apparently constituting her and/or her husband's personal funds. Out of an abundance of caution, the Firm deposited all those funds into its trust account pending further order of the Court, and the Firm's attorneys explained to Ms. Hyde that those funds cannot be used to pay legal fees without approval from the Court. Ms. Hyde intends that those funds be used to pay for legal services relative to her personal Chapter 11 bankruptcy case.

[3] Of these postpetition costs and expenses, from a prepetition retainer check apparently drawn on an account from non-Debtor funds from Lorraine Hyde and/or her husband, the Firm paid and/or was reimbursed $411.40 in costs and expenses in the above-mentioned disputes, of which $248.67 has been for the common benefit of GVL and Lorraine Hyde in litigation in which claims for relief have been asserted against both of them. At the time the Firm paid those postpetition costs and expenses and/or was reimbursed for those postpetition costs and expenses that it had advanced, the Firm's attorneys were unaware of the need to obtain Court approval for such reimbursement. The Firm will not seek any further reimbursement of costs or expenses absent Court approval.

has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with this Chapter 11-Subchapter V case.

13. I further state pursuant to Federal Rule of Bankruptcy Procedure 2016(b) that the Firm has not shared, nor agreed to share (a) any compensation the Firm has received or may receive with another party or person; or (b) any compensation another person or party has received or may receive.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2020.

_____
**Ben E. Clayton**

Sworn to and subscribed before me, this 18TH day of September 2020.

_____
Notary Public
Joshua P. Clayton
LSBA No. 34488
My commission is for life

EXHIBIT A-1

EXHIBIT A-1

CONTRACT TO EMPLOY ATTORNEY AT LAW

I, **GENESIS VENTURE LOGISTICS, LLC**, hereinafter referred to as the "client," do hire and employ CLAYTON LAW FIRM, LLC, hereinafter "attorney," to represent me in the matter entitled or described as: **GENESIS VENTURE LOGISTICS, LLC VS DUNHAM PRICE GROUP, LLC, DUNHAM PRICE AGGREGATES, LLC OR DP AGGREGATES LLC**

As compensation for legal services provided by attorney, client agrees to pay the hourly rate of $ **250.00** per hour. Client further agrees that prior to attorney providing any legal services, client will advance the sum of $ **ZERO**, to which the hourly fee rated stated above will be applied. In the event that there are any unearned fees advanced to client at the conclusion of attorney's representation of client, attorney will promptly and timely refund all such unearned fees to client.

Client agrees to pay and is legally responsible for all court costs, filing fees, copying costs and other litigation expenses, and in the event that attorney advances those costs to client, then the client shall be responsible to reimburse attorney for said costs and expenses. Client agrees to being billed by attorney on a monthly basis for payment of any unpaid legal fees and/or litigation costs and expenses, those legal fees, costs and expenses being payable and due in the office of said attorney within thirty (30) days of client receiving the bill or statement for costs, fees or expenses.

Client acknowledges that the attorney has made no promises or guarantees regarding the outcome of client's claim.

Client has read this contract and/or it has been read to client, and the client understands its contents and agrees to the terms and conditions as stated therein.

Signed at **MANDEVILLE**, Louisiana, this **4th** day of **MARCH**, 20**20**.

_____
CLIENT
**LORAINE HYDE, PRESIDENT**
**GENESIS VENTURE LOGISTICS, LLC**

_____
Ben E. Clayton, Attorney
on behalf of Clayton Law
Firm, LLC

**ben@claytonlawfirmllc.com**

| | |
|---|---|
| **From:** | ben@claytonlawfirmllc.com |
| **Sent:** | Wednesday, June 24, 2020 2:12 PM |
| **To:** | 'Lorraine Hyde' |
| **Cc:** | 'josh@claytonlawfirmllc.com' |
| **Subject:** | RE: Diamond Services Corp. v. GVL, et al |

"Behold, he cometh with clouds; and every eye shall see him, and they also which pierced him: and all kindreds of the earth shall wail because of him. Even So, Amen." Revelation 1:7

Lorraine, we eagerly await that day and in the meantime are praying and preparing our hearts, our lives and our families for that day.

Ben

**From:** Lorraine Hyde <lorraineh@gvlteam.com>
**Sent:** Wednesday, June 24, 2020 1:11 PM
**To:** ben@claytonlawfirmllc.com
**Cc:** josh@claytonlawfirmllc.com
**Subject:** RE: Diamond Services Corp. v. GVL, et al

Hi Ben & Josh,

Thanks for meeting with me this morning. I truly enjoyed our meeting. I am also very thankful for both of you having the Faith in our Lord Jesus Christ. This means a lot to me.

Best regards,



Lorraine Hyde
CEO
PO Box 38
Mandeville, LA 70470
Cell: 985-789-2052
Ofc: 985-900-2150
Fax: 985-377-1121
lorraineh@gvlteam.com
www.genesiventurelogistics.com
For WBENC Site: https://www.wbmarketplace.com/brojures/142-p-font-size-6-strong/pages/0

  

SAFE SOLUTIONS, SMART RESULTS!

This email message and any attachments are for the sole use of the intended recipient(s) and contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.

**From:** ben@claytonlawfirmllc.com <ben@claytonlawfirmllc.com>
**Sent:** Wednesday, June 24, 2020 12:48 PM
**To:** Lorraine Hyde <lorraineh@gvlteam.com>
**Cc:** josh@claytonlawfirmllc.com
**Subject:** Diamond Services Corp. v. GVL, et al

Lorraine, Joshua and I enjoyed meeting with you this morning. As we discussed, we are analyzing ███████████████████████████████████████████████████████████████████ We will let you know ███████████████████████████.

This confirms that as with GVL v. Dunham Price, et al, our fee arrangement is $250 per hour, both for defending against Diamond's suit and for ███████████████████████████ ███████████████████████████████████████████████████ ████████ Billing is monthly.

We will keep you informed and thank you so much for allowing us to be of service.

*Ben E. Clayton*

**CLAYTON LAW FIRM, LLC**
By: Ben E. Clayton
(985) 863-3065
(985) 863-7707 Fax
ben@claytonlawfirmllc.com

Slidell Office:
202 Village Circle
Suite 2
Slidell, Louisiana 70458

Washington Parish Office:
411 Sabine Street
Bogalusa, Louisiana 70427

---

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

# josh@claytonlawfirmllc.com

**From:** Lorraine Hyde <lorraineh@gvlteam.com>
**Sent:** Friday, July 10, 2020 5:00 PM
**To:** josh@claytonlawfirmllc.com
**Cc:** ben@claytonlawfirmllc.com
**Subject:** RE: GVL matters discussed today

Hi Josh,

It was really nice seeing you and Ben today. I was glad that you both were able to come to our office, but most of all thankful for the Prayers from you and your Dad.

I also agree to the fees listed and will send a check or wire transfer for $15k for all future work in regards to GVL's legal matters. I will be also sending all the info on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Have an awesome and Blessed weekend.

**Proverbs 3:5-6** *"Trust in the Lord with all your Heart"*...



Lorraine Hyde
CEO
PO Box 38
Mandeville, LA 70470
Cell: 985-789-2052
Ofc: 985-900-2150
Fax: 985-377-1121
lorraineh@gvlteam.com
www.genesisventurelogistics.com
For WBENC Site: https://www.wbmarketplace.com/brojures/142-p-font-size-6-strong/pages/0

  

SAFE SOLUTIONS, SMART RESULTS!

This email message and any attachments are for the sole use of the intended recipient(s) and contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.

---

**From:** josh@claytonlawfirmllc.com <josh@claytonlawfirmllc.com>
**Sent:** Friday, July 10, 2020 4:20 PM
**To:** Lorraine Hyde <lorraineh@gvlteam.com>
**Cc:** ben@claytonlawfirmllc.com
**Subject:** GVL matters discussed today

Lorraine:

     We enjoyed meeting with you today and look forward to continuing to serve you in these matters.

This confirms that like the other matters, the *ACBL v. GVL*, *River Ventures v. GVL*, and *GVL v. Ceres* matters we discussed today will be on the same $250 per hour fee arrangement, with monthly billing and GVL paying court costs. If you like, we can apply the $15,000 retainer you'll be sending us to future work to be done for all Genesis matters that we're handling.

When you have a moment, please send us █████████████████████████████████████████████████████████████████████████████████████████████

Have a great weekend!

Best regards,
Josh

| | |
|---|---|
| **Joshua P. Clayton** <br> **CLAYTON LAW FIRM, LLC** <br> (985) 863-3065 Tel. <br> (985) 863-7707 Fax <br> josh@claytonlawfirmllc.com <br> www.claytonlawfirmllc.com | **Slidell Office:** <br> 202 Village Circle, Suite No. 2 <br> Slidell, Louisiana 70458 <br><br> **Washington Parish Office:** <br> 411 Sabine Street <br> Bogalusa, Louisiana 70427 |

| | |
|---|---|
| **From:** | josh@claytonlawfirmllc.com |
| **Sent:** | Thursday, July 16, 2020 2:13 PM |
| **To:** | 'Lorraine Hyde' |
| **Cc:** | 'Ben E. Clayton' |
| **Subject:** | RE: KZM v. GVL, et al. |

Roger that. Yes, ███████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████ We're analyzing. Meanwhile, ████████████████████████████████████ Thank you.

Best regards,
Josh

---

**Joshua P. Clayton**
**CLAYTON LAW FIRM, LLC**
(985) 863-3065 Tel.
(985) 863-7707 Fax
josh@claytonlawfirmllc.com
www.claytonlawfirmllc.com

**Slidell Office:**
202 Village Circle, Suite No. 2
Slidell, Louisiana 70458

**Washington Parish Office:**
411 Sabine Street
Bogalusa, Louisiana 70427

---

**From:** Lorraine Hyde <lorraineh@gvlteam.com>
**Sent:** Thursday, July 16, 2020 2:02 PM
**To:** josh@claytonlawfirmllc.com
**Cc:** Ben E. Clayton <ben@claytonlawfirmllc.com>
**Subject:** RE: KZM v. GVL, et al.

Thanks Josh.

Let's discuss ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████

I agree to your best judgement on how we proceed and ████████.

Best regards,


Lorraine Hyde
CEO
PO Box 38
Mandeville, LA 70470
Cell: 985-789-2052
Ofc: 985-900-2150
Fax: 985-377-1121
lorrainehyde@gvlteam.com
www.genesisventurelogistics.com
For WBENC Site: https://www.wbmarketplace.com/brojures/142-p-font-size-6-strong/pages/0



SAFE SOLUTIONS, SMART RESULTS!

This email message and any attachments are for the sole use of the intended recipient(s) and contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.

**From:** josh@claytonlawfirmllc.com <josh@claytonlawfirmllc.com>
**Sent:** Thursday, July 16, 2020 1:47 PM
**To:** Lorraine Hyde <lorraineh@gvlteam.com>
**Cc:** Ben E. Clayton <ben@claytonlawfirmllc.com>
**Subject:** KZM v. GVL, et al.

Lorraine:

████████████████████████████ new lawsuit filed by KZM yesterday, ████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

Let's have a call within the next few days about ████████ Meanwhile, presume you want us to ████████████████████████████████████████████████

Also, today, ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████ We recommend ████████████████████ Do you agree?

Best regards,
Josh

**josh@claytonlawfirmllc.com**

**From:** Lorraine Hyde <lorraineh@gvlteam.com>
**Sent:** Thursday, August 13, 2020 11:53 AM
**To:** josh@claytonlawfirmllc.com
**Cc:** Ben E. Clayton
**Subject:** Re: GVL v. Carbo Ceramics
**Attachments:** image001.jpg

Hi Josh!

Yes, I agree with the fees. Thank you.

███████████████████████

Best regards,
Lorraine

> On Aug 13, 2020, at 10:19 AM, "josh@claytonlawfirmllc.com" <josh@claytonlawfirmllc.com> wrote:
>
> We'll proceed under the same legal fee/costs arrangement as for the other cases we're handling for you and GVL. Agree?
>
> -Josh
>
> ---
>
> **From:** josh@claytonlawfirmllc.com <josh@claytonlawfirmllc.com>
> **Sent:** Thursday, August 13, 2020 10:17 AM
> **To:** 'Lorraine Hyde' <lorraineh@gvlteam.com>
> **Cc:** Ben E. Clayton <ben@claytonlawfirmllc.com>
> **Subject:** GVL v. Carbo Ceramics
>
> Lorraine, ███████████████████████████████████
> ███████████████████████████████████████████
> █████████████████████████████████████████.
>
> ██████████████████████████████████████████
> █████████████████████████████████████████
> ████████████████████████
>
> Best regards,
> Josh

# josh@claytonlawfirmllc.com

**From:** Lorraine Hyde <lorraineh@gvlteam.com>
**Sent:** Friday, August 21, 2020 5:41 PM
**To:** ben@claytonlawfirmllc.com
**Cc:** josh@claytonlawfirmllc.com
**Subject:** Re: RJ Transportation - ███████████████
**Attachments:** image002.png; image003.png

Hi Ben,

Yes, I want for Clayton Law Firm to represent me
and GVL in the RJ / Derwin Falcon lawsuit with the Clayton Law Firms usual fees and terms.

███████████████████████████████████████████████████████████████.

Let's discuss on Monday.

Sorry, I totally forgot about your son John coming in today. Josh did tell me 😊.

Have an awesome and Blessed weekend.

Best regards,
Lorraine

PS - Josh, my warrior nephew. Talk on Monday and also want to tell you that ████████████████████████.
Will fill you when we talk on Monday.

> On Aug 21, 2020, at 4:50 PM, "ben@claytonlawfirmllc.com" <ben@claytonlawfirmllc.com> wrote:
>
> **Hello Lorraine:**
>
> **We have all been out today because our son/Josh's brother John came in from Ft. Bliss for a visit. Sorry we missed you. I just wanted to confirm** ████████████████████ **and that you want Josh and I to represent you and GVL in the RJ Transportation case, per usual fee rate and terms. Josh will** ████████████████████████████. **We can certainly chat Monday AM, if you like.**
>
> **Thanks,**

# Ben E. Clayton

**CLAYTON LAW FIRM, LLC**
By: Ben E. Clayton
(985) 863-3065
(985) 863-7707 fax
benclayt@bellsouth.net

**Washington Parish Office:**
411 Sabine Street
Bogalusa, Louisiana 70427
Mail to: Post Office Box 189
Bogalusa, Louisiana 70429

**Slidell Office:**
202 Village Circle
Suite 2
Slidell, Louisiana 70458

---

From: Lorraine Hyde <lorraineh@gvlteam.com>
Sent: Friday, August 21, 2020 3:21 PM
To: josh@claytonlawfirmllc.com
Cc: 'Ben E. Clayton' <ben@claytonlawfirmllc.com>
Subject: FW: RJ Transportation - ▮▮▮

Hi Josh,

Hope you are both doing well today. It's been a crazy busy day. ▮▮▮

▮▮▮ and need your help.

Thank you.

2



Lorraine Hyde
CEO
PO Box 38
Mandeville, LA 70470
Cell: 985-769-2052
Ofc: 985-900-2150
Fax: 985-377-1121
lorraineh@gvlteam.com
www.genesisventurelogistics.com
For WBENC Site: https://www.wbmarketplace.com/brojures/142-p-font-size-6-strong/pages/0

  

SAFE SOLUTIONS, SMART RESULTS!

This email message and any attachments are for the sole use of the intended recipient(s) and contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.

---

**From:** Samantha Hyde <samanthah@gvlteam.com>
**Sent:** Friday, August 21, 2020 12:18 PM
**To:** gbrouphy@hellerdraper.com
**Cc:** Lorraine Hyde <lorraineh@gvlteam.com>
**Subject:** RJ Transportation - ▮▮▮▮▮

Hi, Greta.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ RJ Transportation. ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮

Thanks!



*Samantha Hyde*
Communications Coordinator
PO Box 38
Mandeville, LA 70470
Ofc: 985-900-2150
Fax: 985-377-1121
**www.genesisventurelogistics.com**



3