**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 20-11419 |
| GENESIS VENTURE LOGISTICS, L.L.C. | * | CHAPTER 11 |
| DEBTOR | * | SUBCHAPTER V |

**OBJECTION TO PROOF OF CLAIM NUMBER 21**
**FILED BY AMERIFACTORS FINANCIAL GROUP, LLC AND**
**<u>INCORPORATED MOTION TO CONSOLIDATE</u>**

NOW INTO COURT, through undersigned counsel, comes Genesis Venture Logistics, LLC ("<u>GVL</u>" or the "<u>Debtor</u>"), who hereby submits this Objection (the "<u>Objection</u>") to Proof of Claim No. 21 Filed by AmeriFactors Financial Group, LLC (the "<u>AmeriFactors Claim</u>") in the amount of $768,940.05, and further moves to consolidate this Objection with the Complaint for Damages (the "<u>DP Complaint</u>") filed against Dunham-Price Group, LLC and DP Aggregates, LLC (together, "<u>DP</u>") in the District Court for this District [Case. No. 19-13293], and in support thereof, states as follows:

**JURISDICTION, VENUE, AND AUTHORITY**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (B).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief sought herein arises from Section 502 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Local Rule 3007-1 of the United States Bankruptcy Court for the Eastern District of Louisiana.

## BACKGROUND AND PROCEDURAL HISTORY

4. On August 7, 2020, the Debtor filed a voluntary petition for relief under Subchapter V, Chapter 11 of the Bankruptcy Code.

5. On October 25, 2019, GVL filed the DP Complaint in the District Court for this District alleging breach of contract, defamation, and detrimental reliance on the part of DP and sought monetary relief against DP based upon DP's failure to provide payment to AmeriFactors Financial Group, LLC ("AmeriFactors"). AmeriFactors was collecting on GVL's accounts receivable pursuant to a Factoring Agreement entered into by and between GVL and AmeriFactors on or about April 26, 2019. The Factoring Agreement is attached as an exhibit to the AmeriFactors Proof of Claim, which is attached hereto as Exhibit 1.

6. Pursuant to the Factoring Agreement, GVL was to "bill and invoice all services and merchandise on a bill, form, or invoice satisfactory to [AmeriFactors]. All invoices to customers on Accounts assigned to [AmeriFactors] shall clearly state . . . that the Account has been sold and is payable only to [AmeriFactors]."[1] The Factoring Agreement further provided that in the event an account was not collected by AmeriFactors due to non-payment, GVL was then obligated to repurchase the unpaid account from AmeriFactors, leaving GVL responsible for the unpaid amount.[2]

7. DP failed to make payment to AmeriFactors on invoices submitted by GVL.

8. On October 13, 2020, AmeriFactors filed the AmeriFactors Claim against GVL asserting a secured claim in the amount of $768,940.05 for "Invoice purchases pursuant to Factoring Contract."

---

[1] Factoring Agreement at Section 3.

[2] *Id.* at Section 15.

{00374394-1}

9. On September 25, 2020, the DP Complaint was referred from the District Court to this Court by Judge Feldman.

## RELIEF REQUESTED

10. By this Objection, GVL respectfully requests that this Court enter an order reducing the amount of the AmeriFactors Claim to the extent of any amount which is ultimately recovered by AmeriFactors in the ongoing dispute with DP. Should AmeriFactors recover any amounts from DP in the ongoing DP dispute, the recoverable amount will become unenforceable against the Debtor and the DP Claim should be reduced by that amount pursuant to 11 U.S.C. § 502(b)(1).

11. GVL further requests that in the interest of justice and efficiency and in order to preserve judicial resources, this claim objection be consolidated with the DP Complaint now referred to this Court for consideration.

## BASIS FOR OBJECTION

12. Section 502(b)(1) of the Bankruptcy Code excludes from allowed claims any claim that "is unenforceable against the debtor and property of the debtor, under any agreement, or applicable law for a reason other than because such claim is contingent or unmatured."

13. As stated above, should AmeriFactors recover any amount from DP over the course of resolving the dispute with DP, the AmeriFactors Claim will be unenforceable against the Debtor up to that amount, and the AmeriFactors Claim should be reduced by an equal amount.

14. Bankruptcy Rule 3007(b) states "[a] party in interest shall not include a demand for relief of a kind specified in Rule 7001 in an objection to the allowance of a claim, but may include the objection in an adversary proceeding." Because this Objection is based upon and

{00374394-1}

entirely dependent upon the allegations asserted by the Debtor in the DP Complaint, it would fall within Rule 7001 and should be included and heard in conjunction with the DP Complaint. The Debtor, therefore, respectfully requests that this Court consolidate this Objection together with the DP Complaint.

## RESERVATION OF RIGHTS

15. This Objection is limited to the grounds stated herein. Accordingly, it is without prejudice to the rights of the Debtor or any other party in interest to object to the AmeriFactors Claim on any grounds whatsoever and the Debtor expressly reserves all further substantive or procedural objections it may have. Nothing contained herein should be construed as: (a) an admission as to the validity of all or any portion of a prepetition claim against any Debtor, except to the extent described in the Debtors' schedules; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief this objection requests; (e) a request or authorization to assume any prepetition agreement, contract, or lease under Section 365 of the Bankruptcy Code; or (f) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law.

## NOTICE

16. The Debtor has served a copy of this Objection on (i) the Office of the United States Trustee, and (ii) AmeriFactors Financial Group, LLC and/or its counsel. The Debtor submits that notice of this Objection is sufficient under Bankruptcy Rule 3007 and that no further notice is necessary.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order limiting and reducing Proof of Claim Number 21 filed by AmeriFactors Financial Group, LLC up to any

{00374394-1}

amount ultimately recovered by AmeriFactors in the DP Complaint, and granting such other further relief to which it may be entitled.

October 22, 2020 /s/Michael Landis
Greta M. Brouphy (La Bar No. 26216)
Michael E. Landis (La Bar No. 36542)
**Heller, Draper, Patrick, Horn & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Tel: (504) 299-3300/Fax: (504) 299-3399
E-mail: gbrouphy@hellerdraper.com
E-mail: mlandis@hellerdraper.com

*Counsel for the Debtor*

### CERTIFICATE OF SERVICE

I, Michael E. Landis, Counsel for Debtor, do certify that I caused the *Objection to Proof of Claim No. 21 filed by AmeriFactors Financial Group, LLC and Incorporated Motion to Consolidate* to be served on October 22, 2020, via the Court's ECF Notification System as follows:

- Christy Renee Bergeron    Christy.Bergeron@usdoj.gov
- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Ben E. Clayton    ben@claytonlawfirmllc.com
- Joshua P. Clayton    josh@claytonlawfirmllc.com
- Leo David Congeni    leo@congenilawfirm.com, michelle@congenilawfirm.com
- Michael E. Landis    mlandis@hellerdraper.com
- Mark C. Landry    mlandry@newmanmathis.com, faith@newmanmathis.com
- Edna Ayliffe Latchem    ayliffe@intersurf.com
- Robert A. Mathis    rmathis@newmanmathis.com

{00374394-1}

- Michael W. McMahon    mmcmahon@daiglefisse.com
- Mark Mintz    mmintz@joneswalker.com, hstewart@joneswalker.com
- Harry Morse    harry@harrymorse.com
- Stewart F. Peck    speck@lawla.com, ymaranto@lawla.com
- Stephen T. Perkins    sperkins@twpdlaw.com
- Ryan James Richmond    ryan@snw.law
- Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov

October 22, 2020                                  */s/ Michael Landis*
                                                  Michael E. Landis (La Bar No. 36542)

                                                  ***Counsel for the Debtor***

{00374394-1}