

# CLAYTON LAW FIRM

Ben E. Clayton
ben@claytonlawfirmllc.com

Joshua P. Clayton
josh@claytonlawfirmllc.com

October 27, 2020

### INTERIM STATEMENT FOR LEGAL SERVICES RENDERED

**To:** Genesis Venture Logistics, LLC
**In re:** *Genesis Venture Logistics, LLC v. Dunham-Price Group, LLC, et al.*
**Billing Period:** August 7, 2020 through October 27, 2020

| DATE | HOURS | ATTY.* | DESCRIPTION OF WORK PERFORMED | NATURE OF WORK** |
|------|-------|--------|------------------------------|------------------|
| 08/10/20 | 0.100 | JPC | Email to opposing counsel with bankruptcy pleadings | CB |
| 08/10/20 | 0.100 | JPC | Review Dunham's answer to our counterclaim | CB |
| 08/10/20 | 0.100 | BEC | Email to Ms. Brouphy | CB |
| 08/11/20 | 0.500 | BEC | Review several emails and motion to assume executory contract | CB |
| 08/11/20 | 0.100 | BEC | Email from Ms. Brouphy | CB |
| 08/11/20 | 0.100 | BEC | Email to Ms. Brouphy | CB |
| 08/11/20 | 0.200 | JPC | Telephone conference with client re: ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ | CB |
| 08/12/20 | 0.100 | BEC | Email to Ms. Brouphy | CB |
| 08/12/20 | 0.100 | BEC | Email from Ms. Brouphy | CB |
| 08/12/20 | 0.100 | BEC | Email to Ms. Brouphy | CB |
| 08/27/20 | 0.100 | JPC | Telephone conference with Angela Fiorentino re: ▮▮▮▮▮▮▮▮▮ | CB |
| 08/27/20 | 0.200 | JPC | Correspondence by phone and email with L. Hyde re: ▮▮▮▮▮▮▮▮▮▮ | CB |
| 08/27/20 | 0.100 | JPC | Subsequent telephone conference with Angela Fiorentino re: ▮▮▮▮▮▮▮▮ | CB |
| 09/01/20 | 0.100 | JPC | Email to opposing counsel re: bankruptcy stay and Rule 30(b)(6) deposition | CB |
| 09/01/20 | 0.300 | JPC | Receive, analyze, and draft response to H. Trosclair's email re: non-production of GVL witnesses and documents for 9/16 deposition | CB |
| 09/03/20 | 1.000 | BEC | Travel to and from, attend creditors' meeting; conference with client and Greta Brouphy | CB |
| 09/03/20 | 1.000 | JPC | Travel to and from, attend creditors' meeting; conference with client and Greta Brouphy | CB |

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458 | 411 Sabine Street, Bogalusa, Louisiana 70427

1

| | | | | |
|---|---|---|---|---|
| 09/03/20 | 0.400 | JPC | Telephone conference with client and bankruptcy counsel re: ███████████████████████████████ | CB |
| 09/03/20 | 0.100 | BEC | Email to H. Trosclair re: no corporate deposition of GVL | CB |
| 09/03/20 | 0.100 | BEC | Email from Ms. Trosclair | CB |
| 09/03/20 | 0.100 | BEC | Email to Ms. Trosclair | CB |
| 09/04/20 | 0.100 | BEC | Notice from USDC | CB |
| 09/04/20 | 0.100 | JPC | Review Dunham-Price proof of claim | CB |
| 09/10/20 | 0.500 | JPC | Telephone conference with L. Hyde re: ████████ ███████████████████████████████ | CB |
| 09/10/20 | 0.100 | JPC | Review DP's, ACBL's, and SPBL's motion to convert | CB |
| 09/10/20 | 0.100 | JPC | Exchange emails with client and bankruptcy counsel re: ████████ | CB |
| 09/15/20 | 0.100 | BEC | Email from Ms. Trosclair | CB |
| 09/15/20 | 0.250 | BEC | Legal research re: ██████████████████████ | CB |
| 09/15/20 | 0.100 | BEC | Email to Ms. Trosclair | CB |
| 09/15/20 | 0.100 | BEC | Email from Ms. Trosclair | CB |
| 09/25/20 | 0.100 | JPC | Email to R. Richmond re: ███████████████ | LH |
| 09/25/20 | 0.100 | JPC | Review ███████████████ and comment to R. Richmond re: ████████████ | LH |
| 09/25/20 | 0.100 | JPC | Review order and reasons transferring case to bankruptcy court | CB |
| 09/29/20 | 0.100 | BEC | Email to client | CB |
| 09/29/20 | 0.100 | BEC | Email from client | CB |
| 09/29/20 | 0.100 | BEC | Email to client | CB |
| 10/06/20 | 0.200 | BEC | Call from Mr. Tillery | CB |
| 10/06/20 | 0.100 | BEC | Email to client and Ms. Brouphy | CB |
| 10/06/20 | 0.100 | BEC | Email from Mr. Landis | CB |
| 10/06/20 | 0.100 | BEC | Email from Ms. Brouphy | CB |
| 10/06/20 | 0.100 | BEC | Email from Ms. Hyde | CB |
| 10/06/20 | 0.100 | BEC | Email to Ms. Hyde | CB |
| 10/06/20 | 0.100 | BEC | Email from Ms. Hyde | CB |
| 10/07/20 | 0.700 | BEC | Conference with client | CB |
| 10/07/20 | 0.250 | BEC | Email to Mr. Tillery | CB |
| 10/07/20 | 0.100 | BEC | Email to Ms. Hyde | CB |

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458  |  411 Sabine Street, Bogalusa, Louisiana 70427

2

| 10/07/20 | 0.100 | JPC | Telephone conference with L. Hyde re: ██████████ | CB |
| 10/07/20 | 0.200 | JPC | Email to bankruptcy counsel re: ██████ | CB |
| 10/08/20 | 0.400 | BEC | Telephone conference with clients and bankruptcy counsel re: ██████ | CB |
| 10/08/20 | 0.400 | JPC | Telephone conference with clients and bankruptcy counsel re: ██████ | CB |
| 10/08/20 | 0.100 | JPC | Telephone conference with L. Hyde re: ██████ | CB |
| 10/09/20 | 0.100 | BEC | Email from Mr. Bagot | CB |
| 10/09/20 | 0.100 | BEC | Email to Mr. Bagot | CB |
| 10/09/20 | 0.100 | JPC | Review multiple bankruptcy emails re: ██████ | CB |
| 10/13/20 | 0.100 | BEC | Email from Ms. Fiorentino | CB |
| 10/13/20 | 0.100 | BEC | Email to Ms. Fiorentino | CB |
| 10/13/20 | 0.100 | BEC | Telephone call to Ms. Fiorentino | CB |
| 10/14/20 | 0.100 | BEC | Telephone call from Ms. Fiorentino | CB |
| 10/22/20 | 0.100 | BEC | Email to Mr. Tillery | CB |

Total CB hours, this statement: 10.7
GVL's share of CB hours: 5.35

HOURLY FEE RATE: $250.00

FEE DUE: $1,337.50

GVL'S SHARE OF EXPENSES: $00.00

TOTAL AMOUNT DUE: **$1,337.50**

\* BEC - Ben E. Clayton; JPC - Joshua P. Clayton
\*\* CB - Common Benefit; LH - LH Only

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458 | 411 Sabine Street, Bogalusa, Louisiana 70427

3



October 27, 2020

### INTERIM STATEMENT FOR LEGAL SERVICES RENDERED

**To:** Genesis Venture Logistics, LLC

**In re:** *Diamond Services Corp. v. Genesis Venture Logistics, LLC, et al.*

**Billing Period:** August 7, 2020 through October 27, 2020

| DATE | HOURS | ATTY.* | DESCRIPTION OF WORK PERFORMED | NATURE OF WORK** |
|---|---|---|---|---|
| 09/03/20 | 1.000 | BEC | Travel to and from, attend creditors' meeting; conference with client and Greta Brouphy | CB |
| 09/03/20 | 1.000 | JPC | Travel to and from, attend creditors' meeting; conference with client and Greta Brouphy | CB |
| 09/04/20 | 0.200 | JPC | Draft letter to judge re: continuing hearing on exception, and email re: same | CB |
| 09/10/20 | 0.200 | JPC | Review Plaintiff's responses to Defendants' requests for production of documents | CB |
| 09/10/20 | 0.200 | JPC | Email to L. Hyde re: ██████████████ ████████████████████████████ | CB |
| 09/11/20 | 0.100 | JPC | Exchange emails with L. Hyde re: ███████████████████████ | CB |
| 09/14/20 | 0.100 | JPC | Review Diamond's proof of claim | CB |
| 09/22/20 | 0.100 | JPC | Telephone conferences with chambers and clerk re: removal of hearing from docket | CB |
| 09/22/20 | 0.100 | JPC | Draft fax to clerk of court re: removal of hearing from docket | CB |

Total hours, this statement: 3.00

GVL's share of CB hours: 1.50

**HOURLY FEE RATE:** $250.00

**FEE DUE:** $375.00

**GVL'S SHARE OF EXPENSES:** $00.00

**TOTAL AMOUNT DUE:** **$375.00**

\* BEC - Ben E. Clayton; JPC - Joshua P. Clayton
\*\* CB - Common Benefit

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458  | 411 Sabine Street, Bogalusa, Louisiana 70427

2



# CLAYTON
## LAW FIRM

Ben E. Clayton
ben@claytonlawfirmllc.com

Joshua P. Clayton
josh@claytonlawfirmllc.com

October 27, 2020

## INTERIM STATEMENT FOR LEGAL SERVICES RENDERED

**To:** Genesis Venture Logistics, LLC
**In re:** *River Ventures, LLC v. Genesis Venture Logistics, LLC, et al.*
**Billing Period:** August 7, 2020 through October 27, 2020

| DATE | HOURS | ATTY.* | DESCRIPTION OF WORK PERFORMED | NATURE OF WORK** |
|------|-------|--------|-------------------------------|------------------|
| 08/07/20 | 0.300 | JPC | Review redline/edits from client re: initial disclosures and exchange emails with client re: same | CB |
| 08/07/20 | 0.400 | JPC | Revise and finalize, and email to Plaintiff, GVL's and L. Hyde's initial disclosures | CB |
| 08/07/20 | 0.100 | JPC | Exchange emails with G. Brouphy re: ██████████ | CB |
| 08/07/20 | 0.100 | JPC | Telephone conference with L. Hyde re: ██████ ██████ | CB |
| 08/07/20 | 3.100 | JPC | Draft written discovery on behalf of GVL and L. Hyde to River Ventures and serve same on River Ventures | CB |
| 08/07/20 | 0.100 | JPC | Email to L. Hyde re: ███████████████████ ███████████████████ | CB |
| 08/10/20 | 0.100 | JPC | Email to opposing counsel re: continuing hearings in light of bankruptcy stay | CB |
| 08/10/20 | 0.100 | JPC | Exchange additional emails with opposing counsel re: continuing hearings in light of bankruptcy stay | CB |
| 08/10/20 | 0.100 | JPC | Email to opposing counsel with bankruptcy pleadings | CB |
| 08/10/20 | 0.100 | JPC | Email to client re: ███████████████████ ███████████████████ | CB |
| 08/10/20 | 0.200 | JPC | Review ███████████████████ | CB |
| 08/10/20 | 0.400 | JPC | Review and analyze River Ventures' opposition to Motion for Leave to File Amended Answer, consider relationship with ███████████████ ██████████████████, and email client re: ███████████████ | CB |
| 08/10/20 | 0.100 | BEC | Email to client | CB |

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458  |  411 Sabine Street, Bogalusa, Louisiana 70427

1

| | | | | |
|---|---|---|---|---|
| 08/10/20 | 0.200 | JPC | Email to opposing counsel re: taking River Ventures', Jerry Hanna's, and Tommy Henry's depositions | CB |
| 08/10/20 | 1.600 | JPC | Analyze arguments for and begin drafting opposition to motion for summary judgment, ██████████, ██████████, ██████████, and ██████████ | CB |
| 08/10/20 | 0.300 | JPC | Exchange emails with client re: ██████████ and re: ██████████ | CB |
| 08/11/20 | 3.600 | JPC | Continue drafting opposition to motion for summary judgment, ██████████, and ██████████ | CB |
| 08/11/20 | 0.200 | JPC | Exchange emails with client re: ██████████ | CB |
| 08/11/20 | 0.200 | JPC | Review Judge Zainey's stay order and email client re: same | CB |
| 08/12/20 | 0.200 | JPC | Review notice of deposition and subpoena to Pontchartrain Partners and analyze ██████████ | CB |
| 08/12/20 | 0.100 | JPC | Email opposing counsel re: subpoena to Pontchartrain Partners | CB |
| 08/12/20 | 0.200 | JPC | Draft letter to Pontchartrain Partners re: bankruptcy stay | CB |
| 08/12/20 | 0.300 | JPC | Email client re: ██████████ | CB |
| 08/13/20 | 0.100 | JPC | Additional email to client re: ██████████ | CB |
| 09/03/20 | 1.000 | BEC | Travel to and from, attend creditors' meeting; conference with client and Greta Brouphy | CB |
| 09/03/20 | 1.000 | JPC | Travel to and from, attend creditors' meeting; conference with client and Greta Brouphy | CB |

Total hours, this statement:     14.20
GVL's share of CB hours:     <u>7.10</u>

HOURLY FEE RATE:     <u>$250.00</u>

**FEE DUE:**     $1,775.00

GVL'S SHARE OF EXPENSES:     <u>$00.00</u>

**TOTAL AMOUNT DUE:**     <u>**$1,775.00**</u>

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458 | 411 Sabine Street, Bogalusa, Louisiana 70427

2

\* BEC - Ben E. Clayton; JPC - Joshua P. Clayton
\*\*CB - Common Benefit

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458  | 411 Sabine Street, Bogalusa, Louisiana 70427

3

# CLAYTON
# LAW FIRM



Ben E. Clayton
ben@claytonlawfirmllc.com

Joshua P. Clayton
josh@claytonlawfirmllc.com

October 27, 2020

## INTERIM STATEMENT FOR LEGAL SERVICES RENDERED

**To:** Genesis Venture Logistics, LLC

**In re:** *American Commercial Barge Line, LLC v. Genesis Venture Logistics, LLC*

**Billing Period:** August 7, 2020 through October 27, 2020

| DATE | HOURS | ATTY.* | DESCRIPTION OF WORK PERFORMED | NATURE OF WORK** |
|------|-------|--------|------------------------------|------------------|
| 08/10/20 | 0.100 | BEC | Email from Mr. O'Leary | GVL |
| 08/10/20 | 0.100 | BEC | Email to Mr. O'Leary | GVL |
| 08/10/20 | 0.100 | BEC | Call from Mr. O'Leary | GVL |
| 08/10/20 | 0.100 | BEC | Email from Mr. O'Leary | GVL |
| 08/10/20 | 0.100 | BEC | Email to Mr. O'Leary | GVL |
| 08/10/20 | 0.100 | JPC | Email to opposing counsel with bankruptcy pleadings | GVL |
| 08/10/20 | 0.100 | JPC | Exchange emails with client re: ████████ ████████ | GVL |
| 08/11/20 | 0.100 | JPC | Email to opposing counsel re: removal of judgment debtor rule from docket | GVL |
| 08/12/20 | 0.100 | JPC | Receive and review correspondence to court re: postponement of judgment debtor exam | GVL |
| 08/14/20 | 0.100 | JPC | Telephone call to court and email to opposing counsel confirming judgment debtor rule removed from docket | GVL |
| 08/14/20 | 0.300 | JPC | Review and gather information to respond, and draft email in response, to G. Brouphy's email re: ████████████████████████ | GVL |
| 09/03/20 | 1.000 | BEC | Travel to and from, attend creditors' meeting; conference with client and Greta Brouphy | GVL |
| 09/03/20 | 1.000 | JPC | Travel to and from, attend creditors' meeting; conference with client and Greta Brouphy | GVL |
| 09/14/20 | 0.100 | JPC | Review ACBL's and SPBL's proofs of claims | GVL |

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458  |  411 Sabine Street, Bogalusa, Louisiana 70427

1

```
TOTAL HOURS, THIS STATEMENT:        3.40
        HOURLY FEE RATE:    $250.00

              FEE DUE:    $850.00

        TOTAL EXPENSES:     $00.00

    TOTAL AMOUNT DUE:    $850.00
```

* BEC - Ben E. Clayton; JPC - Joshua P. Clayton
** GVL - GVL only

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458 | 411 Sabine Street, Bogalusa, Louisiana 70427

2



# CLAYTON LAW FIRM

Ben E. Clayton
ben@claytonlawfirmllc.com

Joshua P. Clayton
josh@claytonlawfirmllc.com

October 27, 2020

## INTERIM STATEMENT FOR LEGAL SERVICES RENDERED

**To:** Genesis Venture Logistics, LLC

**In re:** *Genesis Venture Logistics, LLC v. Ceres Consulting, LLC, et al.*

**Billing Period:** August 7, 2020 through October 27, 2020

| DATE | HOURS | ATTY.* | DESCRIPTION OF WORK PERFORMED | NATURE OF WORK** |
|------|-------|--------|-------------------------------|------------------|
| 08/07/20 | 0.300 | JPC | Telephone conference with client re: ███████ ████████████████████████████ | GVL |
| 08/10/20 | 0.200 | JPC | Email to client re: ████████████ | GVL |
| 08/11/20 | 0.200 | JPC | Telephone conference with client re: ██████ ███████████████████ | GVL |
| 08/12/20 | 0.200 | JPC | Telephone conferences with T. Emalfarb and P. Swan re: ████████████████████████ | GVL |
| 08/17/20 | 0.800 | JPC | Review court docket sheet, motion to dismiss, order, and judgment to assess ████████████ ███, and email detailed analysis to client re: ███████████ | GVL |
| 08/17/20 | 0.100 | JPC | Exchange additional emails with client re: ██████ | GVL |
| 09/03/20 | 0.100 | JPC | Exchange emails with L. Hyde re: ████████████ █ | GVL |
| 09/29/20 | 0.100 | JPC | Telepone conference with L. Hyde re: ██████████ ████████████ | GVL |

| | | |
|---|---|---|
| TOTAL HOURS, THIS STATEMENT: | 2.00 | |
| HOURLY FEE RATE: | $250.00 | |
| **FEE DUE:** | $500.00 | |
| TOTAL EXPENSES: | $0.00 | |
| **TOTAL AMOUNT DUE:** | **$500.00** | |

\* BEC - Ben E. Clayton; JPC - Joshua P. Clayton
\*\* GVL - GVL only

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458 | 411 Sabine Street, Bogalusa, Louisiana 70427

1



# CLAYTON
## LAW FIRM

Ben E. Clayton
ben@claytonlawfirmllc.com

Joshua P. Clayton
josh@claytonlawfirmllc.com

October 27, 2020

### INTERIM STATEMENT FOR LEGAL SERVICES RENDERED

**To:** Genesis Venture Logistics, LLC
**In re:** *Genesis Venture Logistics, LLC, et al. v. KZM Marine Services, LLC, et al.*
**Billing Period:** August 7, 2020 through October 27, 2020

| DATE | HOURS | ATTY.* | DESCRIPTION OF WORK PERFORMED | NATURE OF WORK** |
|------|-------|--------|-------------------------------|------------------|
| 08/10/20 | 0.100 | JPC | Email to opposing counsel with bankruptcy pleadings | CB |
| 08/11/20 | 0.100 | JPC | Telephone conference with client re: ▮▮▮▮▮▮▮ | CB |
| 08/12/20 | 0.100 | JPC | Review notice of filing of bankruptcy stay order transferring case, and docket sheet | CB |
| 08/12/20 | 0.100 | JPC | Correspond with G. Brouphy re: ▮▮▮▮▮▮▮ | CB |
| 08/12/20 | 0.200 | JPC | Exchange additional emails with G. Brouphy re: ▮▮▮▮▮ | CB |
| 09/03/20 | 0.100 | JPC | Telephone conference with client and bankruptcy counsel re: ▮▮▮▮▮▮ | CB |
| 09/03/20 | 0.100 | JPC | Exchange emails with L. Hyde re: ▮▮▮▮▮ | CB |
| 09/04/20 | 0.200 | JPC | Review KZM's proof of claim and email client re: same | CB |
| 09/14/20 | 0.200 | JPC | Review several emails from client re: ▮▮▮▮▮ | CB |
| 09/14/20 | 2.500 | JPC | Begin drafting lawsuit against T. Henry and KZM and reviewing documents as needed in drafting process | CB |
| 09/15/20 | 3.800 | JPC | Continue reviewing documents and drafting lawsuit | CB |
| 09/15/20 | 0.600 | JPC | Exchange several emails with client re: ▮▮▮▮▮ | CB |
| 09/16/20 | 2.200 | JPC | Continue reviewing documents and drafting lawsuit | CB |

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458 | 411 Sabine Street, Bogalusa, Louisiana 70427

1

| 09/17/20 | 3.900 | JPC | Continue reviewing documents and drafting lawsuit | CB |
|---|---|---|---|---|
| 09/18/20 | 0.600 | JPC | Continue reviewing documents and drafting lawsuit | CB |
| 09/21/20 | 5.200 | JPC | Additional drafting of lawsuit | CB |
| 09/22/20 | 0.400 | JPC | Additional drafting of lawsuit | CB |
| 09/23/20 | 1.500 | JPC | Additional drafting of lawsuit, with contemporaneous research of ███████████████████████████ | CB |
| 09/24/20 | 4.200 | JPC | Continue drafting lawsuit | CB |
| 09/24/20 | 0.100 | JPC | Email to M. Landis and R. Richmond re: ██████████████████████ | CB |
| 09/24/20 | 1.700 | JPC | Conduct research re: ████████████ and draft additional allegations of complaint based on same | CB |
| 09/24/20 | 0.100 | JPC | Email to L. Hyde re: draft complaint | CB |
| 09/25/20 | 0.300 | JPC | Telephone conference with M. Landis re: █████████████████████████ | CB |
| 09/25/20 | 0.100 | JPC | Email to R. Richmond re: ███████████████ | LH |
| 09/25/20 | 0.700 | JPC | Review L. Hyde's comments on draft lawsuit and revise draft accordingly | CB |
| 09/25/20 | 0.100 | JPC | Review ████████████████ and comment to R. Richmond re: ████████████ | LH |
| 09/25/20 | 0.100 | JPC | Additional email exchange with L. Hyde re: revisions to lawsuit | CB |
| 09/29/20 | 0.100 | JPC | Email to L. Hyde re: ███████████████████ | CB |
| 09/29/20 | 0.100 | JPC | Email to M. Landis re: ███████████████ | CB |
| 09/29/20 | 0.100 | JPC | Telephone conference with L. Hyde re: ██████████████████ | CB |
| 09/30/20 | 0.100 | JPC | Exchange emails with M. Landis re: ████████████████████ | CB |
| 09/30/20 | 0.100 | JPC | Exchange emails with L. Hyde re: ████████████████ | CB |
| 09/30/20 | 0.100 | JPC | Additional email from G. Brouphy re: ████████████ | CB |
| 09/30/20 | 0.400 | JPC | Telephone conference with L. Hyde re: ███████████████ | CB |
| 09/30/20 | 0.100 | JPC | Telephone conference with G. Brouphy re: ██████████████████ | CB |

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458  |  411 Sabine Street, Bogalusa, Louisiana 70427

2

| | | | | |
|---|---|---|---|---|
| 09/30/20 | 0.100 | JPC | Correspond with R. Richmond re: ██████████ ████████████████████████ | CB |
| 09/30/20 | 0.300 | JPC | Email to L. Hyde re: ████████████████ ███████████████ | CB |
| 09/30/20 | 0.200 | JPC | Review court website information and call court re: payment of filing fees and other filing issues | CB |
| 09/30/20 | 0.100 | JPC | Email to L. Hyde re: ████████████████ ██ | CB |
| 10/01/20 | 0.100 | JPC | Additional emails with G. Brouphy and L. Hyde re: ████ | CB |
| 10/01/20 | 0.200 | JPC | Exchange additional emails with L. Hyde re: ████ ███████████ | CB |
| 10/01/20 | 0.800 | JPC | Research bankruptcy rules re: ████████████ | CB |
| 10/01/20 | 0.200 | JPC | Research bankruptcy rules re: ████████████ | CB |
| 10/01/20 | 0.100 | JPC | Email client re: ████████████████████ | CB |
| 10/01/20 | 0.200 | JPC | Research case and analyze issues re: ████████ | CB |
| 10/01/20 | 0.900 | JPC | Exchange multiple emails with client re: ████ ██████████████████████, including review of emails from client and including preparation for TRO/injunction hearings | CB |
| 10/01/20 | 0.100 | JPC | Email to G. Brouphy and M. Landis re: ████████ ████████ | CB |
| 10/01/20 | 0.600 | JPC | Revise master draft complaint per comments from G. Brouphy and M. Landis and additional information, including supplemental research re: ████████████ | CB |
| 10/01/20 | 0.400 | JPC | Begin drafting tailored adversary complaint for GVL | GVL |
| 10/02/20 | 0.700 | JPC | Telephone conference with L. Hyde re: ████████ ██████████████████████████████ ██████████████████████████, and other related matters | CB |

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458  | 411 Sabine Street, Bogalusa, Louisiana 70427

3

| Date | Hours | Atty | Description | Client |
|------|-------|------|-------------|--------|
| 10/02/20 | 0.100 | JPC | Email clients re: issues re: ███████████ ██████████ | CB |
| 10/02/20 | 0.300 | JPC | Review email and materials cited by G. Brouphy re: issues re: ███████████ ██████ | CB |
| 10/02/20 | 1.000 | JPC | Continue drafting tailored adversary complaint for GVL | GVL |
| 10/02/20 | 0.200 | JPC | Research re: ███████████████████ ██████████████ | LH |
| 10/02/20 | 1.000 | JPC | Begin drafting tailored adversary complaint for L. Hyde | LH |
| 10/03/20 | 0.200 | JPC | Continue drafting tailored adversary complaint for GVL and email to client | GVL |
| 10/03/20 | 3.800 | JPC | Continue drafting tailored adversary complaint for L. Hyde | LH |
| 10/05/20 | 0.400 | JPC | Revise draft complaint of L. Hyde based on comments from client | LH |
| 10/05/20 | 0.400 | JPC | Revise draft complaint of GVL based on comments from client | GVL |
| 10/05/20 | 0.400 | JPC | Begin drafting chart of ███████████████ and email client re: same | GVL |
| 10/05/20 | 0.400 | JPC | Begin drafting chart of ██████████ and email client re: same | LH |
| 10/05/20 | 0.100 | JPC | Email to client with revised draft suit | LH |
| 10/06/20 | 0.200 | JPC | Draft letter to Attorney General re: LUTPA | CB |
| 10/06/20 | 0.500 | JPC | Meet with client to sign verification pages and discuss ██████████████ | CB |
| 10/06/20 | 0.700 | JPC | Review ████████████████ compiled by N. Horbenko | CB |
| 10/06/20 | 0.200 | JPC | Email to client re: N. Horbenko's ██████████ | CB |
| 10/06/20 | 0.400 | JPC | Review and conduct additional drafting of chart from client and email client re: same | LH |
| 10/06/20 | 0.900 | JPC | Review and conduct additional drafting of chart from client and email client re: same | GVL |
| 10/06/20 | 0.300 | JPC | Draft letter and emails to Defendants and counsel advising of TRO request | CB |
| 10/06/20 | 0.300 | JPC | Begin drafting outline for TRO hearing | CB |
| 10/07/20 | 0.100 | JPC | Exchange emails with H. Morse re: basis for claims | CB |

| | | | | |
|---|---|---|---|---|
| 10/07/20 | 0.100 | JPC | Telephone conference with court re: payment of filing fee | GVL |
| 10/07/20 | 0.100 | JPC | Telephone conference with L. Hyde re: ███████ ███████ | GVL |
| 10/07/20 | 0.100 | JPC | Research re: ███████████████ ████████ | CB |
| 10/07/20 | 0.200 | JPC | Draft email to L. Hyde re: ██████████████ | GVL |
| 10/07/20 | 0.200 | JPC | Review client's comment bubbles and revise chart | GVL |
| 10/07/20 | 0.100 | JPC | Review client's comment bubbles and revise chart | LH |
| 10/07/20 | 0.200 | JPC | Continue drafting outline for TRO hearing | CB |
| 10/07/20 | 2.500 | JPC | Draft Motion for TRO | GVL |
| 10/07/20 | 0.700 | JPC | Research in support of Motion for TRO re: ████████████ | LH |
| 10/07/20 | 1.100 | JPC | Draft Motion for TRO | LH |
| 10/08/20 | 0.100 | JPC | Telephone conference with clients and bankruptcy counsel re: ███████████████ | CB |
| 10/08/20 | 0.100 | BEC | Telephone conference with clients and bankruptcy counsel re: ███████████████ | CB |
| 10/08/20 | 0.100 | JPC | Continue drafting Motions for TRO | CB |
| 10/08/20 | 0.200 | JPC | Draft Motion to Expedite | GVL |
| 10/08/20 | 0.100 | JPC | Draft Motion to Expedite | LH |
| 10/08/20 | 0.100 | JPC | Draft Notice of Hearing on Motion for TRO | GVL |
| 10/08/20 | 0.100 | JPC | Draft Notice of Hearing on Motion for TRO | LH |
| 10/08/20 | 0.100 | JPC | Draft letter to Defendants serving Motions for TRO and email to opposing counsel | CB |
| 10/08/20 | 0.100 | JPC | Telephone conference with court advising of motions to expedite and requests for TRO | CB |
| 10/08/20 | 0.100 | JPC | Emails to counsel re: motions to expedite and requests for TRO | CB |
| 10/08/20 | 0.200 | JPC | Draft proposed order on Motion to Expedite and email same to court | GVL |
| 10/08/20 | 0.200 | JPC | Draft proposed order on Motion to Expedite and email same to court | LH |
| 10/08/20 | 0.100 | JPC | Email to bankruptcy counsel re: ████████████ ███████████████████ | CB |
| 10/08/20 | 0.100 | JPC | Review order and summonses issued by court and research re: ███████████ | GVL |

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458 | 411 Sabine Street, Bogalusa, Louisiana 70427

5

| Date | Hours | Initials | Description | Code |
|------|-------|----------|-------------|------|
| 10/08/20 | 0.100 | JPC | Review order and summonses issued by court and research re: ████████ | LH |
| 10/08/20 | 0.300 | JPC | Conduct research re: ████████████ | CB |
| 10/08/20 | 0.100 | JPC | Email clients re: ████████ TRO ████ | CB |
| 10/08/20 | 0.100 | JPC | Telephone conference with clients re: TRO ████ | CB |
| 10/08/20 | 0.200 | JPC | Draft email to opposing counsel and letter to Defendants serving TRO motion order per judge's instructions | CB |
| 10/08/20 | 0.100 | JPC | Exchange emails with G. Brouphy re: ████████ | CB |
| 10/08/20 | 0.300 | JPC | Draft certificate of service on TRO motion order | GVL |
| 10/08/20 | 0.100 | JPC | Draft certificate of service on TRO motion order | LH |
| 10/09/20 | 0.100 | JPC | Draft service letter and serve summonses and complaint | GVL |
| 10/09/20 | 0.100 | JPC | Draft service letter and serve summonses and complaint | LH |
| 10/13/20 | 0.300 | JPC | Review Defendants' Opposition to Motion for TRO | GVL |
| 10/13/20 | 0.100 | JPC | Exchange emails with M. Landis re: ████████ | GVL |
| 10/13/20 | 0.500 | JPC | Begin drafting Reply to Defendants' Opposition to Motion for TRO | GVL |
| 10/13/20 | 1.400 | JPC | Conduct research in support of Reply | GVL |
| 10/13/20 | 0.100 | JPC | Email to client re: ████████████ | GVL |
| 10/14/20 | 0.100 | JPC | Exchange emails with client re: ████████ TRO ████ | GVL |
| 10/14/20 | 0.200 | JPC | Review "second" opposition filed by Defendants and ████ Reply ████ | GVL |
| 10/14/20 | 3.000 | JPC | Additional drafting of Reply to Defendants' Opposition to Motion for TRO | GVL |
| 10/14/20 | 1.000 | JPC | Conduct additional research in support of Reply | GVL |
| 10/14/20 | 0.200 | JPC | Draft motion for leave to file Reply and proposed order | GVL |
| 10/14/20 | 0.100 | JPC | Emails to opposing counsel and client re: Reply | GVL |
| 10/15/20 | 1.000 | JPC | Finish drafting TRO hearing outline and assist in preparation for hearing | CB |

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458 | 411 Sabine Street, Bogalusa, Louisiana 70427

6

| 10/15/20 | 0.100 | JPC | Telephone conference with court re: hearing and proposed order on motion for leave to file reply | GVL |
| 10/15/20 | 0.200 | JPC | Email proposed order on motion for leave to court | GVL |
| 10/15/20 | 1.500 | BEC | Prepare for hearing on Motions for TRO | CB |
| 10/15/20 | 0.300 | BEC | Hearing on Motions for TRO | CB |
| 10/15/20 | 0.300 | JPC | Hearing on Motions for TRO | CB |
| 10/15/20 | 0.200 | JPC | Telephone conference with L. Hyde re: ▮▮▮▮▮▮▮ | CB |
| 10/15/20 | 0.100 | JPC | Receive and review order granting leave to file reply | GVL |
| 10/15/20 | 0.300 | JPC | Exchange emails with client re: ▮▮▮▮▮▮▮ | CB |
| 10/16/20 | 0.100 | JPC | Receive and review letter from clerk and call clerk re: check payment issues | CB |
| 10/16/20 | 0.100 | JPC | Draft certificate of service re: court's order granting leave to file reply | GVL |
| 10/19/20 | 0.100 | JPC | Telephone conference with M. Landis re: ▮▮▮▮▮▮▮ | CB |
| 10/19/20 | 0.200 | JPC | Review and redline draft objection to KZM's proof of claim per ▮▮▮▮▮▮▮ | CB |
| 10/20/20 | 0.100 | JPC | Receive and review file-stamped objection to KZM claim and notice of hearing on same | CB |

CB hours, this statement: 43.40
GVL's share of CB hours: 21.70
GVL-only hours: <u>14.90</u>

HOURLY FEE RATE: <u>$250.00</u>

FEE DUE: $9,150.00

GVL's SHARE OF EXPENSES: <u>$15.04</u>

**TOTAL AMOUNT DUE:** <u>**$9,165.04**</u>

\* BEC - Ben E. Clayton; JPC - Joshua P. Clayton
\*\* CB - Common Benefit; GVL - GVL Only; LH - Lorraine Hyde Only

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458 | 411 Sabine Street, Bogalusa, Louisiana 70427

7



# CLAYTON LAW FIRM

Ben E. Clayton
ben@claytonlawfirmllc.com

Joshua P. Clayton
josh@claytonlawfirmllc.com

October 27, 2020

## INTERIM STATEMENT FOR LEGAL SERVICES RENDERED

**To:** Genesis Venture Logistics, LLC

**In re:** *Genesis Venture Logistics, LLC v. Carbo Ceramics, Inc.*

**Billing Period:** August 7, 2020 through October 27, 2020

| DATE | HOURS | ATTY.* | DESCRIPTION OF WORK PERFORMED | NATURE OF WORK** |
|------|-------|--------|-------------------------------|------------------|
| 08/11/20 | 0.200 | JPC | Telephone conference with client re: ▮▮▮▮ ▮▮▮▮▮▮▮▮ | GVL |
| 08/13/20 | 0.200 | JPC | Telephone conference with P. Lynch re: ▮▮▮▮ ▮▮▮▮▮▮▮▮ and email client re: same | GVL |
| 08/13/20 | 0.900 | JPC | Research court record and claims agent website for ▮▮▮▮▮▮▮, and research same and case law re: ▮▮▮▮▮▮▮▮▮▮▮▮ | GVL |
| 08/14/20 | 0.300 | JPC | Telephone conference with P. Lynch ▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | GVL |
| 08/14/20 | 0.700 | JPC | Draft declaration of P. Lynch | GVL |
| 08/14/20 | 0.500 | JPC | Draft declaration of L. Hyde | GVL |
| 08/14/20 | 0.600 | JPC | Review documents from client for purpose of drafting claim | GVL |
| 08/14/20 | 0.100 | JPC | Email to P. Lynch re: ▮▮▮▮▮▮ | GVL |
| 08/14/20 | 0.300 | JPC | Email to L. Hyde re: ▮▮▮▮▮▮ | GVL |
| 08/17/20 | 0.100 | JPC | Exchange emails with client re: ▮▮▮▮▮▮ | GVL |
| 08/17/20 | 0.300 | JPC | Review contract documents and begin drafting proof of claim | GVL |
| 08/17/20 | 0.500 | JPC | Research re: ▮▮▮▮▮▮ | GVL |
| 08/18/20 | 0.100 | JPC | Correspond with P. Lynch re: ▮▮▮▮▮▮ | GVL |
| 08/18/20 | 0.200 | JPC | Email to client re: ▮▮▮▮▮▮ ▮▮▮▮▮▮ | GVL |

| | | | | |
|---|---|---|---|---|
| 08/18/20 | 0.100 | JPC | Exchange additional emails with client re: ██████████████████████████████ ██████████████████████████████ | GVL |
| 08/18/20 | 0.300 | JPC | Exchange emails with P. Lynch and revise declaration in light of same | GVL |
| 08/18/20 | 0.100 | JPC | Prepare motions for admission pro hac vice | GVL |
| 08/19/20 | 0.100 | JPC | Draft letter to clerk of court for filing motions for admission pro hac vice | GVL |
| 08/19/20 | 0.100 | JPC | Correspond with P. Lynch re: ██████████████ and review revised declaration signed by Mr. Lynch | GVL |
| 08/19/20 | 0.900 | JPC | Study documents from client | GVL |
| 08/19/20 | 0.100 | JPC | Exchange emails with client re: █████████████ ██████████ | GVL |
| 08/20/20 | 1.400 | JPC | Telephone conference with client re: ███████████ ██████████████████████████████ | GVL |
| 08/20/20 | 0.200 | JPC | Analyze█████████████based on telephone conference with client | GVL |
| 08/20/20 | 0.100 | JPC | Email to L. Hyde re: █████████████████████ | GVL |
| 08/20/20 | 0.100 | JPC | Email to L Hyde re: ██████████████████████ ███████████████ | GVL |
| 08/20/20 | 0.100 | JPC | Exchange emails with L. Hyde, including whether ███████████ | GVL |
| 08/20/20 | 0.400 | JPC | Review email from C. Hutton with ██████████ ████████; exchange emails with C. Hutton and L. Hyde re: ██████████████████████████ | GVL |
| 08/20/20 | 0.300 | JPC | Review proof of claim form, form instructions, and statutes cited in form | GVL |
| 08/20/20 | 0.500 | JPC | Read case law for ████████████████████████ ██████████████████████ | GVL |
| 08/20/20 | 1.400 | JPC | Begin drafting motion to enlarge time to file proof of claim | GVL |
| 08/20/20 | 0.600 | JPC | Additional drafting of L. Hyde declaration re: P. Lynch's illness and email same to client | GVL |
| 08/21/20 | 0.700 | JPC | Continue drafting motion to enlarge time to file proof of claim | GVL |

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458  | 411 Sabine Street, Bogalusa, Louisiana 70427

2

| | | | | |
|---|---|---|---|---|
| 08/24/20 | 0.700 | JPC | Review multiple emails and attachments from C. Hutton re: ▐▐▐▐▐▐ and compare ▐▐▐ with ▐▐▐▐▐▐▐▐▐▐▐▐▐▐ | GVL |
| 08/24/20 | 0.500 | JPC | Draft detailed email to C. Hutton re: ▐▐▐▐▐ | GVL |
| 08/24/20 | 0.800 | JPC | Continue drafting motion to enlarge time, review additional email from client, and address pro hac vice issues | GVL |
| 08/25/20 | 0.500 | JPC | Telephone conference with L. Hyde and C. Hutton re: ▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐ | GVL |
| 08/25/20 | 0.100 | JPC | Revise L. Hyde declaration re: P. Lynch's illness | GVL |
| 08/25/20 | 0.800 | JPC | Review multiple emails and documents from client and organize same for proof of claim | GVL |
| 08/25/20 | 0.300 | JPC | Telephone conference with C. Hutton re: ▐▐▐▐▐ | GVL |
| 08/25/20 | 0.400 | JPC | Review ▐▐▐▐▐▐▐▐ from C. Hutton, compare with ▐▐▐▐▐▐, and email C. Hutton re: ▐▐▐▐▐▐ | GVL |
| 08/25/20 | 2.200 | JPC | Draft proof of claim and attachment to proof of claim | GVL |
| 08/25/20 | 0.400 | JPC | Exchange additional emails with client re: ▐▐▐▐▐▐▐▐▐▐▐ | GVL |
| 08/25/20 | 0.600 | JPC | Draft declaration of L. Hyde in support of proof of claim | GVL |
| 08/26/20 | 0.100 | JPC | Review orders granting pro hac vice admission and email L. Hyde re: same | GVL |
| 08/26/20 | 0.300 | JPC | Review emails from L. Hyde re: ▐▐▐▐▐ and exchange emails with client re: ▐▐▐▐▐ | GVL |
| 08/26/20 | 0.400 | JPC | Review Carbo's Chapter 11 confirmation plan | GVL |
| 08/26/20 | 0.400 | JPC | Review relevant bankruptcy rules | GVL |
| 08/26/20 | 0.500 | JPC | Continue drafting motion to enlarge time to file proof of claim | GVL |
| 08/26/20 | 3.300 | JPC | Review, assemble, and redact documents as exhibits to proof of claim | GVL |
| 08/26/20 | 0.400 | JPC | Revise declaration of L. Hyde and revise motion in light of client comments, and email client re: same | GVL |
| 08/27/20 | 0.200 | JPC | Draft notice of appearance | GVL |

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458 | 411 Sabine Street, Bogalusa, Louisiana 70427

3

| Date | Hours | Atty | Description | | Init |
|---|---|---|---|---|---|
| 08/27/20 | 0.200 | JPC | Conduct research re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | GVL |
| 08/27/20 | 1.500 | JPC | Continue review, assembly, and redaction of documents as exhibits to proof of claim | | GVL |
| 08/27/20 | 0.100 | JPC | Telephone conference with L. Hyde re: ▓▓▓▓▓ ▓▓▓▓▓▓▓▓ | | GVL |
| 08/27/20 | 1.300 | JPC | Continue drafting declaration of L. Hyde based on ▓▓▓▓▓▓▓▓▓▓, and email to client re: ▓▓▓▓ | | GVL |
| 08/27/20 | 0.300 | JPC | Additional drafting of motion to enlarge time to file proof of claim | | GVL |
| 08/28/20 | 0.100 | JPC | Review signed proof of claim form and declaration from L. Hyde | | GVL |
| 08/28/20 | 0.200 | JPC | Draft proposed order for motion to enlarge time to file proof of claim | | GVL |
| 08/31/20 | 2.200 | JPC | Conduct extensive research re: ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to determine ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and draft certificates of service ▓▓▓▓▓▓▓▓▓▓ | | GVL |
| 08/31/20 | 0.200 | JPC | Finish drafting notice of appearance | | GVL |
| 08/31/20 | 0.800 | JPC | Draft notice of filing of motion and notice of hearing | | GVL |
| 08/31/20 | 0.600 | JPC | Finish drafting motion to enlarge and preparing attachments for filing | | GVL |
| 08/31/20 | 0.100 | JPC | Email to parties served with filings by email | | GVL |
| 08/31/20 | 0.100 | JPC | Letter to parties served with filing by regular mail | | GVL |
| 08/31/20 | 0.200 | JPC | Draft emails to L. Hyde and P. Lynch re: filing of motion to enlarge and hearing | | GVL |
| 09/03/20 | 0.100 | JPC | Conduct research re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | GVL |
| 10/01/20 | 0.300 | JPC | Research rules and analyze issues relating to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | GVL |
| 10/01/20 | 0.100 | JPC | Email client and P. Lynch re: hearing on motion to enlarge | | GVL |
| 10/05/20 | 0.800 | JPC | Research requirements relating to ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ and draft witness and exhibit list for hearing on motion to enlarge | | GVL |
| 10/05/20 | 0.100 | JPC | Correspond with P. Lynch and client re: hearing | | GVL |

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458  |  411 Sabine Street, Bogalusa, Louisiana 70427

4

| 10/06/20 | 0.100 | JPC | Email to court re: whether hearing will go forward | GVL |
|---|---|---|---|---|
| 10/06/20 | 0.300 | JPC | Draft certificate of no objection | GVL |
| 10/06/20 | 0.100 | JPC | Review court's order granting motion to enlarge and email court's case manager re: same | GVL |
| 10/06/20 | 0.100 | JPC | Meet with client to discuss ███████████████ | GVL |
| 10/12/20 | 0.200 | JPC | Review court's order and docket information to ensure ███████████████ | GVL |
| 10/12/20 | 0.600 | JPC | Research Chapter 11 plan, docket, and bankruptcy rules re: ██████ | GVL |
| 10/12/20 | 0.300 | JPC | Email to L. Hyde re: ████████████ | GVL |
| 10/22/20 | 0.200 | JPC | Calls and email to opposing counsel re: payment of GVL's claim | GVL |
| 10/22/20 | 0.100 | JPC | Email to client re: ████████████ | GVL |
| 10/27/20 | 0.200 | BEC | Evaluation of ████████████ | GVL |

|  |  |
|---|---|
| TOTAL HOURS, THIS STATEMENT: | 36.90 |
| HOURLY FEE RATE: | $250.00 |
| **FEE DUE:** | $9,225.00 |
| TOTAL EXPENSES: | $6.11 |
| **TOTAL AMOUNT DUE:** | $9,231.11 |

\* BEC - Ben E. Clayton; JPC - Joshua P. Clayton
\*\* GVL - GVL only

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458  | 411 Sabine Street, Bogalusa, Louisiana 70427

5



# CLAYTON LAW FIRM

Ben E. Clayton
ben@claytonlawfirmllc.com

Joshua P. Clayton
josh@claytonlawfirmllc.com

October 27, 2020

## INTERIM STATEMENT FOR LEGAL SERVICES RENDERED

|  |  |
|---|---|
| **To:** | Genesis Venture Logistics, LLC |
| **In re:** | *RJ's Transportation, LLC v. Genesis Venture Logistics, LLC, et al.* |
| **Billing Period:** | August 7, 2020 through October 27, 2020 |

| DATE | HOURS | ATTY.* | DESCRIPTION OF WORK PERFORMED | NATURE OF WORK** |
|---|---|---|---|---|
| 08/21/20 | 0.100 | BEC | Email from client | CB |
| 08/21/20 | 0.300 | BEC | Receive & review pleadings from client | CB |
| 08/21/20 | 0.100 | BEC | Email from client | CB |
| 08/24/20 | 0.100 | BEC | Telephone call to client | CB |
| 08/24/20 | 0.100 | BEC | Telephone call to opposing counsel | CB |
| 08/24/20 | 0.200 | BEC | Email to Ms. Brouphy | CB |
| 08/24/20 | 0.100 | BEC | Email from opposing counsel Scott Rainwater | CB |
| 08/24/20 | 0.350 | BEC | Prepare motion to continue hearings | CB |
| 08/24/20 | 0.200 | BEC | Correspondence to clerk of court | CB |
| 08/24/20 | 0.100 | BEC | Email to client | CB |
| 08/24/20 | 0.100 | BEC | Email from Ms. Brouphy | CB |
| 08/24/20 | 0.200 | BEC | Fax to Judge | CB |
| 08/25/20 | 0.800 | BEC | Prepare initial written discovery | CB |
| 08/25/20 | 0.200 | BEC | Fax to opposing counsel | CB |
| 08/25/20 | 0.100 | BEC | Email to client | CB |
| 08/31/20 | 0.100 | BEC | Fax from clerk of court | CB |
| 08/31/20 | 0.100 | BEC | Telephone call to clerk of court | CB |
| 08/31/20 | 0.200 | BEC | Email to client | CB |
| 08/31/20 | 0.200 | BEC | Email to client and Ms. Brouphy | CB |
| 08/31/20 | 0.100 | BEC | Email from client | CB |
| 08/31/20 | 0.200 | BEC | Email to Ryan Richmond | CB |
| 08/31/20 | 0.200 | BEC | Email to Plaintiff's attorney | CB |
| 09/01/20 | 0.100 | BEC | Call to Ryan Richmond | CB |
| 09/01/20 | 0.800 | BEC | Prepare Notice of Automatic Stay | CB |
| 09/01/20 | 0.200 | BEC | Correspondence to court | CB |
| 09/01/20 | 0.200 | BEC | 2nd Notice from court | CB |
| 09/02/20 | 0.100 | BEC | Notice from clerk of court | CB |
| 09/02/20 | 0.100 | BEC | Email to Plaintiff's attorney | CB |
| 09/02/20 | 0.200 | BEC | Email to Plaintiff's attorney | CB |
| 09/02/20 | 0.200 | BEC | Telephone call to Plaintiff's attorney | CB |
| 09/02/20 | 0.100 | BEC | Correspondence from Plaintiff's attorney | CB |

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458  |  411 Sabine Street, Bogalusa, Louisiana 70427

1

| 09/14/20 | 0.100 | BEC | Notice from court | CB |
|---|---|---|---|---|
| 09/14/20 | 0.100 | BEC | 2nd Notice from court | CB |
| 09/21/20 | 0.100 | BEC | Notice from court | CB |
| 09/25/20 | 0.200 | JPC | Review petition and reconventional demand for purpose of ████████████ | LH |
| 09/25/20 | 0.100 | JPC | Email to R. Richmond re: ███████████████████████ | LH |
| 09/25/20 | 0.100 | JPC | Review draft ██████████████ and comment to R. Richmond re: ███████████ | LH |

|  |  |
|---|---|
| Total CB hours, this statement: | 6.45 |
| GVL's share of CB hours: | 3.225 |
| HOURLY FEE RATE: | <u>$250.00</u> |
| **FEE DUE:** | $806.25 |
| GVL'S SHARE OF EXPENSES: | <u>$24.91</u> |
| **TOTAL AMOUNT DUE:** | <u>**$831.16**</u> |

\* BEC - Ben E. Clayton; JPC - Joshua P. Clayton
\*\* CB - Common Benefit; LH - Lorraine Hyde Only

Phone: 985.863.3065 • Fax: 985.863.7707
202 Village Circle, #2, Slidell, Louisiana 70458  |  411 Sabine Street, Bogalusa, Louisiana 70427

2