# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 20-11419 |
| GENESIS VENTURE LOGISTICS, L.L.C. | * | CHAPTER 11 |
| DEBTOR | * | SUBCHAPTER V |

## OBJECTION TO PROOF OF CLAIM NUMBER 25
## FILED BY MARINE FUELING SERVICES, INC.

NOW INTO COURT, through undersigned counsel, comes Genesis Venture Logistics, LLC ("GVL" or the "Debtor"), who hereby submits this Objection (the "Objection") to Proof of Claim No. 25 Filed by Marine Fueling Services, Inc. (the "Marine Fueling Claim") in the amount of $47,995.02, and in support thereof, states as follows:

### JURISDICTION, VENUE, AND AUTHORITY

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (B).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief sought herein arises from Section 502 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 3007-1 of the United States Bankruptcy Court for the Eastern District of Louisiana.

### BACKGROUND AND PROCEDURAL HISTORY

4. On August 7, 2020, the Debtor filed a voluntary petition for relief under Subchapter V, Chapter 11 of the Bankruptcy Code.

5. On October 14, 2020, Marine Fueling Services ("Marine Fueling") filed the Marine Fueling Claim against GVL asserting a general unsecured claim in the amount of $47,995.02 for "diesel fuel for boat."

6. Attached to the Marine Fueling Claim are two invoices for fuel provided to two vessels, the M/V Gladys Ford and the M/V Mrs. Leslie. Both invoices are addressed to the attention of Tommy Henry.

7. Tommy Henry is the principal of KZM Marine and is not an agent or employee of GVL nor does he have the authority to act on behalf of GVL. Tommy Henry was purchasing the fuel from Marine Fueling for his own personal use and not for the benefit of GVL.

8. As such, GVL did not receive the benefit of the fuel allegedly provided by Marine Fueling and does not owe Marine Fueling for the fuel.

**RELIEF REQUESTED**

9. By this Objection, GVL respectfully requests that this Court enter an order dismissing and expunging the Marine Fueling Claim in its entirety because GVL does not owe Marine Fueling for fuel that was received by and for the benefit of Tommy Henry. As such, the Marine Fueling Claim is unenforceable against GVL and should be dismissed under 11 U.S.C. § 502(b)1).

**BASIS FOR OBJECTION**

10. Section 502(b)(1) of the Bankruptcy Code excludes from allowed claims any claim that "is unenforceable against the debtor and property of the debtor, under any agreement, or applicable law for a reason other than because such claim is contingent or unmatured."

11. Mr. Henry was and is not an employee or agent of GVL. As such, Mr. Henry had no authority to act or contract on behalf of GVL. Any purchase of fuel by Mr. Henry (even

whilst masquerading as an agent of GVL) were not for the benefit of GVL and were, in fact, for his own personal use and benefit.

12. Under Louisiana law, "[a] contract is formed by the consent of the parties established through offer and acceptance." LA. CIV. CODE ART. 1927. Mr. Henry did not have the authority to act on behalf of GVL and hence, could not have consented to the fuel on behalf of GVL.

13. As stated above, GVL denies the basis of the Marine Fueling Claim and, thus, the Marine Fueling Claim is unenforceable against the Debtor and should be dismissed and expunged in its entirety.

## RESERVATION OF RIGHTS

14. This Objection is limited to the grounds stated herein. Accordingly, it is without prejudice to the rights of the Debtor or any other party in interest to object to the Marine Fueling Claim on any grounds whatsoever and the Debtor expressly reserves all further substantive or procedural objections it may have. Nothing contained herein should be construed as: (a) an admission as to the validity of all or any portion of a prepetition claim against any Debtor, except to the extent described in the Debtors' schedules; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief this objection requests; (e) a request or authorization to assume any prepetition agreement, contract, or lease under Section 365 of the Bankruptcy Code; or (f) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law.

## NOTICE

15. The Debtor has served a copy of this Objection on (i) the Office of the United States Trustee, and (ii) Marine Fueling Services, Inc. and/or its counsel. The Debtor submits that notice of this Objection is sufficient under Bankruptcy Rule 3007 and that no further notice is necessary.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order disallowing and expunging Proof of Claim Number 25 filed by Marine Fueling Services, Inc. in its entirety, and granting such other further relief to which it may be entitled.

November 23, 2020

*/s/Michael Landis*
Greta M. Brouphy (La Bar No. 26216)
Michael E. Landis (La Bar No. 36542)
**Heller, Draper & Horn, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Tel: (504) 299-3300/Fax: (504) 299-3399
E-mail: gbrouphy@hellerdraper.com
E-mail: mlandis@hellerdraper.com

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I, Michael E. Landis, Counsel for Debtor, do certify that I caused the *Objection to Proof of Claim No. 25 filed by Marine Fueling Services, Inc.* to be served on November 23, 2020, via the Court's ECF Notification System as follows:

- Christy Renee Bergeron    Christy.Bergeron@usdoj.gov
- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Ben E. Clayton    ben@claytonlawfirmllc.com

- Joshua P. Clayton    josh@claytonlawfirmllc.com
- Leo David Congeni    leo@congenilawfirm.com, michelle@congenilawfirm.com
- Michael E. Landis    mlandis@hellerdraper.com
- Mark C. Landry    mlandry@newmanmathis.com, faith@newmanmathis.com
- Edna Ayliffe Latchem    ayliffe@intersurf.com
- Robert A. Mathis    rmathis@newmanmathis.com
- Michael W. McMahon    mmcmahon@daiglefisse.com
- Mark Mintz    mmintz@joneswalker.com, hstewart@joneswalker.com
- Harry Morse    harry@harrymorse.com
- Stewart F. Peck    speck@lawla.com, ymaranto@lawla.com
- Stephen T. Perkins    sperkins@twpdlaw.com
- Ryan James Richmond    ryan@snw.law
- Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov

November 23, 2020                     */s/ Michael Landis*
                                      Michael E. Landis (La Bar No. 36542)

                                      ***Counsel for the Debtor***