UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 20-11419 |
| GENESIS VENTURE LOGISTICS, L.L.C. | * | CHAPTER 11 |
| DEBTOR | * | SUBCHAPTER V |

**OBJECTION TO PROOF OF CLAIM NUMBER 23**
**FILED BY RJ'S TRANSPORTATION, L.L.C.**

NOW INTO COURT, through undersigned counsel, comes Genesis Venture Logistics, LLC ("GVL" or the "Debtor"), who hereby submits this Objection (the "Objection") to Proof of Claim No. 23 Filed by RJ's Transportation, L.L.C. (the "RJ's Claim") in the amount of $193,988.42, and in support thereof, states as follows:

**JURISDICTION, VENUE, AND AUTHORITY**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (B).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief sought herein arises from Section 502 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 3001 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 3007-1 of the United States Bankruptcy Court for the Eastern District of Louisiana.

**BACKGROUND AND PROCEDURAL HISTORY**

4. On August 7, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Subchapter V, Chapter 11 of the Bankruptcy Code.

{00374550-1}

5. On October 16, 2020, RJ's Transportation, LLC ("RJ's") filed a *Petition for Damages* captioned "RJ's Transportation, LLC v. Genesis Venture Logistics, LLC and Lorraine Hyde. The copy filed as a "proof of claim" is deficient because the RJ's Claim does not "conform substantially to the appropriate Official Form" as required by Fed. R. Bankr. P. 3001(a).

6. To the extent that the RJ's Claim can be considered a properly filed proof of claim (which the Debtor disputes), the Petition for Damages that was filed is not a court stamped copy indicating its authenticity as the court-filed Petition.

7. The RJ's Claim presumably stems from the Petition for Damages that was filed on August 30, 2019 in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, case number 2019-14596. On September 26, 2019, GVL filed an Answer to Petition and Affirmative Defenses which incorporated a Reconventional Demand and Third Party Demands (the "GVL Response").[1] The GVL Response includes a general denial of any liability owed to RJ's whatsoever and asserts reconventional demands against RJ's and third party defendant, Derwin Falcon.

## RELIEF REQUESTED

8. By this Objection, GVL respectfully requests that, pursuant to 11 U.S.C. § 502, this Court enter an order rejecting and expunging the RJ's Claim in its entirety because the proof of claim was not submitted in proper form, the Petition for Damages that was filed is not the court stamped copy, and the RJ's claim is subject to pending litigation.

---

[1] The GVL Response is attached hereto as Exhibit 2.

{00374550-1}

## BASIS FOR OBJECTION

9. Rule 3001 of the Federal Rules of Bankruptcy Procedure states: "A proof of claim shall conform substantially to the appropriate Official Form.

10. Section 502(b)(1) of the Bankruptcy Code excludes from allowed claims any claim that "is unenforceable against the debtor and property of the debtor, under any agreement, or applicable law for a reason other than because such claim is contingent or unmatured."

11. The RJ's Claim does not conform substantially to the Official proof of claim form, Official Form 410. The RJ's Claim is simply an unstamped copy of the Petition for Damages filed against GVL. There is no indication of whether the claim is asserted as secured or unsecured, priority or nonpriority, or any of the other important information that is provided by Official Form 410.

12. Additionally, GVL denies the claims asserted in the RJ's Petition for Damages and has asserted a reconventional demand against RJ's. As such, the RJ's Claim is subject to pending litigation and may result in funds being owed to the Debtor.

## RESERVATION OF RIGHTS

13. This Objection is limited to the grounds stated herein. Accordingly, it is without prejudice to the rights of the Debtor or any other party in interest to object to the RJ's Claim on any grounds whatsoever and the Debtor expressly reserves all further substantive or procedural objections it may have. Nothing contained herein should be construed as: (a) an admission as to the validity of all or any portion of a prepetition claim against any Debtor, except to the extent described in the Debtors' schedules; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this

Objection or any order granting the relief this objection requests; (e) a request or authorization to assume any prepetition agreement, contract, or lease under Section 365 of the Bankruptcy Code; or (f) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law.

## NOTICE

14. The Debtor has served a copy of this Objection on (i) the Office of the United States Trustee, and (ii) RJ's Transportation, LLC and/or its counsel. The Debtor submits that notice of this Objection is sufficient under Bankruptcy Rule 3007 and that no further notice is necessary.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order denying and expunging Proof of Claim Number 23 filed by RJ's Transportation, LLC in its entirety, and granting such other further relief to which the Debtor may be entitled.

November 23, 2020

*/s/Michael Landis*
Greta M. Brouphy (La Bar No. 26216)
Michael E. Landis (La Bar No. 36542)
**Heller, Draper & Horn, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Tel: (504) 299-3300/Fax: (504) 299-3399
E-mail: gbrouphy@hellerdraper.com
E-mail: mlandis@hellerdraper.com

***Counsel for the Debtor***

**CERTIFICATE OF SERVICE**

  I, Michael E. Landis, Counsel for Debtor, do certify that I caused the *Objection to Proof of Claim No. 23 filed by RJ's Transportation, LLC.* to be served on November 23, 2020, via the Court's ECF Notification System as follows:

- Christy Renee Bergeron   Christy.Bergeron@usdoj.gov
- Greta M. Brouphy   gbrouphy@hellerdraper.com
- Ben E. Clayton   ben@claytonlawfirmllc.com
- Joshua P. Clayton   josh@claytonlawfirmllc.com
- Leo David Congeni   leo@congenilawfirm.com, michelle@congenilawfirm.com
- Michael E. Landis   mlandis@hellerdraper.com
- Mark C. Landry   mlandry@newmanmathis.com, faith@newmanmathis.com
- Edna Ayliffe Latchem   ayliffe@intersurf.com
- Robert A. Mathis   rmathis@newmanmathis.com
- Michael W. McMahon   mmcmahon@daiglefisse.com
- Mark Mintz   mmintz@joneswalker.com, hstewart@joneswalker.com
- Harry Morse   harry@harrymorse.com
- Stewart F. Peck   speck@lawla.com, ymaranto@lawla.com
- Stephen T. Perkins   sperkins@twpdlaw.com
- Ryan James Richmond   ryan@snw.law
- Office of the U.S. Trustee   USTPRegion05.NR.ECF@usdoj.gov

November 23, 2020          */s/ Michael Landis*
                  Michael E. Landis

                  ***Counsel for the Debtor***

{00374550-1}