Fill in this information to identify the case:

Debtor Name __Genesis Venture Logistics, LLC__

United States Bankruptcy Court for the: Eastern District of Louisiana

Case number: __20-11419__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month: __March 2021__                                           Date report filed: _____
                                                                MM / DD / YYYY
Line of business: __Logistics & Freight__                       NAISC code: __541600__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:             __Genesis Venture Logistics, LLC__

Original signature of responsible party   *Lorraine Hyde*

Printed name of responsible party   __Lorraine Hyde__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Genesis Venture Logistics, LLC          Case number 20-11419

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ 8,439.51

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 4,766.93

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   – $ 8,917.52

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.   + $ -4,150.59

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ 4,288.92

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    *(Exhibit E)*

Debtor Name  Genesis Venture Logistics, LLC

Case number 20-11419

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                        $ 798,819.68

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                     5

27. What is the number of employees as of the date of this monthly report?         0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                       $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?        $ 0.00

30. How much have you paid this month in other professional fees?                                                $ 300.00

31. How much have you paid in total other professional fees since filing the case?                               $ 3,000.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 12,000.00 | − | $ 4,766.93 | = | $ 7,233.07 |
| 33. **Cash disbursements** | $ 8,000.00 | − | $ 8,917.52 | = | $ -917.52 |
| 34. **Net cash flow** | $ 4,000.00 | − | $ -4,150.59 | = | $ 8,150.59 |

35. Total projected cash receipts for the next month:                              $ 6,000.00

36. Total projected cash disbursements for the next month:                      - $ 5,000.00

37. Total projected net cash flow for the next month:                            = $ 1,000.00

Debtor Name  Genesis Venture Logistics, LLC                    Case number  20-11419

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                              $ 798,819.68

    *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                          5

27.  What is the number of employees as of the date of this monthly report?             0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?         $ 0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 0.00

30.  How much have you paid this month in other professional fees?                      $ 300.00

31.  How much have you paid in total other professional fees since filing the case?    $ 3,000.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** − | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 12,000.00 − | $ 4,766.93 = | $ 7,233.07 |
| 33.  **Cash disbursements** | $ 8,000.00 − | $ 8,917.52 = | $ -917.52 |
| 34.  **Net cash flow** | $ 4,000.00 − | $ -4,150.59 = | $ 8,150.59 |

35.  Total projected cash receipts for the next month:                          $ 12,000.00

36.  Total projected cash disbursements for the next month:                   - $ 8,000.00

37.  Total projected net cash flow for the next month:                        = $ 4,000.00

Debtor Name  Genesis Venture Logistics, LLC                          Case number 20-11419

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**Exhibit C**
**Genesis Venture Logistics LLC**
**Case Number 20-11419**
**Support for Questions # 20 of the Monthly Operating Report**
**Total Cash Receipts**
**For the Month Ending March 31, 2021**

| Date | Payor | Amount |
|------|-------|--------|
| 3/23/2021 | MARAD | 4,766.93 |
| Total Cash Receipts | | 4,766.93 |

**Exhibit D**
**Genesis Venture Logistics LLC**
**Case Number 20-11419**
**Support for Questions # 21 of the Monthly Operating Report**
**Total Cash Disbursements**
**For The Month Ending March 31, 2021**

| Date | Payee | Explanation | Amount |
|---|---|---|---|
| 3/1/2021 | Citizen's Bank & Trust | Lease Payment | 3,733.80 |
| 3/9/2021 | Verizon Wireless | Telephone Expense | 356.28 |
| 3/12/2021 | Suzanne Hutton | Bookkeeping Services | 300.00 |
| 3/12/2021 | Hancock Whitney | Bank Fee | 1.75 |
| 3/16/2021 | Cleco Power LLC | Utilities | 385.55 |
| 3/17/2021 | Microland Computer | Computer Repairs | 175.79 |
| 3/19/2021 | City of Mandeville | Utilities | 65.58 |
| 3/25/2021 | Citizen's Bank & Trust | Lease Payment | 3,733.80 |
| 3/31/2021 | Charter Communications | WiFI | 164.97 |

Total Cash Disbursement                                                     8,917.52

Exhibit "F"

9:49 AM

04/16/21

## Genesis Venture Logistics, LLC
## A/R Aging Summary
### As of March 31, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Ceres Beaumont | 0.00 | 0.00 | 0.00 | 0.00 | 269,426.48 | 269,426.48 |
| Dunham Price Group, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 523,980.49 | 523,980.49 |
| MARAD | 0.00 | 5,412.71 | 0.00 | 0.00 | 0.00 | 5,412.71 |
| TOTAL | 0.00 | 5,412.71 | 0.00 | 0.00 | 793,406.97 | 798,819.68 |

# Genesis Venture Logistics, LLC
## Balance Sheet
### As of March 31, 2021

| | Mar 31, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Hancock Whitney - DIP | 4,288.92 |
| **Total Checking/Savings** | 4,288.92 |
| | |
| **Accounts Receivable** | |
| Accounts Receivable | 798,819.68 |
| **Total Accounts Receivable** | 798,819.68 |
| | |
| **Other Current Assets** | |
| Amerifactors Escrow | 218,528.87 |
| **Total Other Current Assets** | 218,528.87 |
| | |
| **Total Current Assets** | 1,021,637.47 |
| | |
| **Fixed Assets** | |
| Accumulated Depreciation | -13,225.00 |
| **Company Vehicles** | |
| 2016 GMC Yukon | 75,497.00 |
| **Total Company Vehicles** | 75,497.00 |
| | |
| **Total Fixed Assets** | 62,272.00 |
| | |
| **Other Assets** | |
| Due From Steve Farmer | 30,200.00 |
| **Total Other Assets** | 30,200.00 |
| | |
| **TOTAL ASSETS** | 1,114,109.47 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 3,446,707.28 |
| **Total Accounts Payable** | 3,446,707.28 |
| | |
| **Credit Cards** | |
| Capital One Credit Card | 67.50 |
| **Total Credit Cards** | 67.50 |
| | |
| **Other Current Liabilities** | |
| **Loans** | |
| Loan Me | 3,961.58 |
| Royal Business Group (5) | 58,461.00 |
| Royal Business Group (6) | 245,729.75 |
| SBA Loan | 94,600.00 |
| **Total Loans** | 402,752.33 |
| | |
| **Payroll Liabilities** | |
| Deferred Employer SS Tax | 14,994.53 |
| Federal Withholding | 15,229.45 |
| **Total Payroll Liabilities** | 30,223.98 |
| | |
| **Total Other Current Liabilities** | 432,976.31 |
| | |
| **Total Current Liabilities** | 3,879,751.09 |

9:53 AM

04/16/21
Accrual Basis

# Genesis Venture Logistics, LLC
## Balance Sheet
### As of March 31, 2021

|  | Mar 31, 21 |
|---|---|
| **Long Term Liabilities** |  |
| Due to Derwin Falcon | 176,198.50 |
| TD Auto Finance GMC | 23,157.97 |
| **Total Long Term Liabilities** | 199,356.47 |
| **Total Liabilities** | 4,079,107.56 |
| **Equity** |  |
| Investment-Lorraine Hyde | 1,661,692.48 |
| Retained Earnings | -4,770,843.48 |
| Net Income | 144,152.91 |
| **Total Equity** | -2,964,998.09 |
| **TOTAL LIABILITIES & EQUITY** | 1,114,109.47 |

9:50 AM

04/16/21

Accrual Basis

# Genesis Venture Logistics, LLC
## Profit & Loss
### March 2021

|  | Mar 21 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Fuel Sales | 5,412.71 |
| **Total Income** | 5,412.71 |
| **Gross Profit** | 5,412.71 |
| **Expense** |  |
| Bank Service Charges | 1.75 |
| Computer and Internet Expenses | 175.79 |
| Professional Fees | 300.00 |
| Rent Expense | 3,733.80 |
| Telephone Expense | 521.25 |
| Utilities | 451.13 |
| **Total Expense** | 5,183.72 |
| **Net Ordinary Income** | 228.99 |
| **Net Income** | 228.99 |



 

PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

**EQUAL HOUSING LENDER**

Page: 1 of 2

Statements Dates
03/01/2021 - 03/31/2021

Account Number:
63243362

Images:
5

* *IMAGE* *E0*

1      000000 002
**GENESIS VENTURE LOGISTICS LLC**
**DEBTOR IN POSSESSION CASE 2011419**
**10 SAINT ANN DR**
**MANDEVILLE LA  70471**

**VISIT HANCOCKWHITNEY.COM OR CALL US AT 800-448-8812**
**TO ENROLL IN ONLINE BANKING WITH ESTATEMENTS**

## Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 8,439.51 | AVERAGE BALANCE | 5,002.22 |
| +    2 CREDITS | 4,767.86 | YTD INTEREST PAID | |
| -    9 DEBITS | 8,918.45 | | .00 |
| - SERVICE CHARGES | .00 | | |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | 4,288.92 | | |

**\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \***

### • Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 03/18 | 0.93 | VERIFYBANK   QUICKBOOKS 021077005912640CCD | 03/23 | 4,766.93 | MISC PAY   MARA TREAS 310 021082006945592CCD |



### • Checks

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 03/01 | 1038 | 3,733.80 | 03/25 | 1044 | 65.58 |
| 03/19 | 1042 * | 385.55 | 03/29 | 1045 | 3,733.80 |
| 03/17 | 1043 | 175.79 | | | |

### • Other Debits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 03/09 | 356.28 | PAYMENTS   VERIZON FINANCIA CHK# 1041  021067003332156ARC | 03/12 | 301.75 | QUICKBOOKS   INTUIT PAYROLL S 021071004423024CCD |
| 03/11 | 0.93 | VERIFYBANK   QUICKBOOKS 021070004074895CCD | 03/31 | 164.97 | CHECKPMT   CHARTER CHK# 1046  021090008892055ARC |

### • Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 8,439.51 | 03/12 | 4,046.75 | 03/23 | 8,253.27 |
| 03/01 | 4,705.71 | 03/17 | 3,870.96 | 03/25 | 8,187.69 |
| 03/09 | 4,349.43 | 03/18 | 3,871.89 | 03/29 | 4,453.89 |
| 03/11 | 4,348.50 | 03/19 | 3,486.34 | 03/31 | 4,288.92 |

**03/01/2021   1038   $3,733.80**

**03/19/2021   1042   $385.55**



**03/17/2021   1043   $175.79**



**03/25/2021   1044   $65.58**



**03/29/2021   1045   $3,733.80**

In case of errors or questions about your electronic transfers, telephone or write us at the address listed as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Notice About Electronic Check Conversion**
When you provide a check payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

Hancock Whitney
Attn: Deposit Services
P.O. Box 4019
Gulfport, MS 39502
1-800-448-8812

---

**Handyline Information**

Interest Charges: Interest Charges have been computed on your Handyline Account by applying each Daily Periodic Rate disclosed on the face of this statement to the Daily Balance of your Account over the current billing cycle, and then multiplying the resulting product by the number of days in the billing cycle. The Daily Balance of your Account has been computed by totaling the "Closing Principal Balance" of your Account for each day of your billing cycle and dividing the resulting total by the number of days in the billing cycle.

The Closing Principal Balance of your Account for each day of the billing cycle was computed by taking into consideration payments, credits, loan advances and other debits posted to your Account over the billing cycle, but disregarding any unpaid Interest Charges. Interest Charges have been assessed on new loans and other debits under your Account from date of posting, and there is not a time period within which payments may be made in order to completely avoid Interest Charges.

Provided you have not made at least the minimum payment due within fourteen days of the statement date:

1. If you have an unsecured Handyline Account, your checking account has been charged with a minimum payment equal to 1/20th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $25.00, whichever is greater. If the New Balance of your Account was less than $25.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).
2. If you have a secured Handyline Account, your checking account has been charged with a minimum payment equal to 1/50th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $100.00, whichever is greater. If the New Balance of your Account was less than $100.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).

You have the option to make additional payments in excess of the minimum payment on your Handyline Account in any amount and at any time, thus reducing your exposure to additional Interest Charges. Payments should be mailed to: Lending Services, P.O. Box 4020, Gulfport, MS 39502, Attn: Handyline. Payments we receive at the above address by 10:00 A.M. will be credited to your Handyline Account as of the date of receipt. Handyline payments made at other bank locations will be promptly credited to your Account, but in no event longer than five (5) days after receipt.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at Hancock Whitney Lending Services, P.O. Box 4019, Gulfport, MS 39502-0420 and include the following information:

- Account Information: Your name and account number.
- Dollar amount: The dollar amount of suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. Hancock Whitney clients may call us at 1-800-448-8812, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

**CHECK / DEBIT TRANSACTIONS OUTSTANDING THIS MONTH**
(Not charged to your accounts as of statement date)

| Check # or Transaction Type | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

BANK BALANCE AS SHOWN ON THIS STATEMENT $_____

Deposits Not Credited In This Statement Cycle (If Any) $_____
_____
_____
_____

Add Total of Deposits Not Credited +$_____

Subtract Total Outstanding Checks/Debits -$_____

BALANCE =$_____

This balance should agree with your checkbook balance. Remember to deduct service charges/fees (if any) shown on your statement this month.