LAEB B2040 (from Official Form 2040 (12/15))

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Louisiana

In re: Genesis Venture Logistics, L.L.C.

Case No. 20–11419

Chapter 7

Debtor(s)*

|  | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Genesis Venture Logistics, L.L.C. | |
|  |  | Social Security number or ITIN _ _ _ _ | Social Security number or ITIN _ _ _ _ |
|  |  | EIN  81–2883847 | EIN  _ _ – _ _ _ _ _ _ _ |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 10 St. Ann Drive<br>Mandeville, LA 70471 | |

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

CLAIMS MUST BE FILED ON OR BEFORE: **April 26, 2023**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self–addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Address of the Bankruptcy Court
Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B–601
New Orleans, Louisiana 70130–3386
Telephone number: (504) 589–7878

Denise Fredricks

Clerk of the Bankruptcy Court

By:

Deputy Clerk

Date: 1/24/23

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.

United States Bankruptcy Court

Eastern District of Louisiana

| | |
|---|---|
| In re: | Case No. 20-11419-MSG |
| Genesis Venture Logistics, L.L.C. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Jan 25, 2023 | Form ID: 2040laeb | Total Noticed: 120 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\# Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Genesis Venture Logistics, L.L.C., 10 St. Ann Drive, Mandeville, LA 70471-3265 |
| tr | + | Leo D. Congeni, Congeni Law Firm, LLC, 650 Poydras St., Suite 2750, New Orleans, LA 70130-6152 |
| tr | | Leo David Congeni, Congeni Law Firm, LLC, 650 Poydras Street, Suite 2750, New Orleans, LA 70130-6152 |
| cr | + | Citizens Bank & Trust c/o Robert Mathis, 3501 N. Causeway Blvd., Suite 300, Metairie, LA 70002-3618 |
| sp | + | Clayton Law Firm, LLC, 893 Brownswitch Road, Suite101, Slidell, LA 70458-5353 |
| cr | + | Dunham-Price Group, LLC, c/o Jones Walker LLP, Attn: Mark A. Mintz, 201 St. Charles Ave., Suite 5100 New Orleans, LA 70170-5101 |
| intp | | Lorraine Mae Hyde, 7101 Edgewater Drive, Mandeville, LA 70471-7431 |
| md | + | Michael B. North, 500 Poydras St., Room B-419, New Orleans, LA 70130-3319 |
| cr | #+ | Red River Bank, c/o Edna Ayliffe Latchem, 8125 Jefferson Highway, Baton Rouge, LA 70809, UNITED STATES 70809-1606 |
| cr | + | River Ventures, LLC, Daigle Fisse & Kessenich, c/o Michael W. McMahon, P. O. Box 5350, Covington, LA 70434-5350 |
| 3834257 | + | Aaron J. Nash, Esq., EVANS PETREE PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 3830313 | + | Access World (USA) LLC, c/o Jamey Cursi, 5200 Coffee Drive, New Orleans, LA 70115-7752 |
| 3830314 | + | Aim National Leasing, 1500 Trumbull Road, Girard, OH 44420-3453 |
| 3830315 | + | Alexis Marine LLC, 2304 Engineers Road, Suite B, Belle Chasse, LA 70037-3230 |
| 3830318 | + | AmeriFactors (Gulf Coast Bank), 1170 Celebration Blvd, Suite 100, Celebration, FL 34747-4604 |
| 3840248 | + | AmeriFactors Financial Group, LLC, 1170 Celebration Blvd, Suite 100, Celebration, FL 34747-4604 |
| 3886091 | + | American Commercial Barge Line LLC, Attn: James W. Thurman, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| 3830316 | + | American Commercial Barge Line, LLC, 1701 E. Market St, Jeffersonville, IN 47130-4717 |
| 3830317 | + | American Tugs, Inc., 1515 Engineers Road, Belle Chasse, LA 70037-3128 |
| 3854997 | + | Angelica Fiorentino, 1170 Celebration Blvd, Suite 100, Celebration, FL 34747-4604 |
| 3830319 | + | Arrow Marine, LLC (M/V Mrs. Leslie), 659 Hwy 653, Raceland, LA 70394-3715 |
| 3830320 | + | Ashley & Arnold, c/o Richard Jeremy Schoepke, 322 N. Church Ave., Dyersburg, TN 38024-3071 |
| 3830321 | + | B&J Inc, PO Box 967, Lake Arthur, LA 70549-0967 |
| 3891408 | + | Bayou Fleet Inc., P O Box 24699, New Orleans, LA 70184-4699 |
| 3830325 | + | C & J Marine Services, PO Box 190, Berwick, LA 70342-0190 |
| 3888798 | + | CARBO Ceramics, Inc. et al, ASK LLP, 2600 Eagan Wood Dr., Ste. 400, St. Paul, MN 55121-1169 |
| 3830328 | | CGB Marine at Eagle Fleet, 23464 Network Place, Chicago, IL 60673-1234 |
| 3830333 | #+ | CS Transport, 120 Homestead Court, Moro, IL 62067-1580 |
| 3830327 | + | Ceres Consulting, L.L.C., c/o its registered agent, Mark Allen Fletcher, 3808 Cookson Rd., East Saint Louis, IL 62201-2126 |
| 3830329 | + | Choctaw Transportation Company, Inc., 1311 E. Court Street, Dyersburg, TN 38024-4810 |
| 3830330 | | Choctaw Transportation Company, Inc., c/o its registered agent, Jean Moore, 1307 E. Court Street, Dyersburg, TN 38024-4810 |
| 3830468 | + | Christy Bergeron, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |
| 3831223 | + | Citizens Bank & Trust Company, c/o Robert A. Mathis, 3501 N. Causeway Blvd., Suite 300, Metairie, LA 70002-3618 |
| 3830331 | + | Citizens Bank and Trust, 3100 E. Causeway Approach, Mandeville, LA 70448-3563 |
| 3830332 | + | ComData, 716 N. Causeway Blvd, Metairie, LA 70001-5344 |
| 3838725 | + | Comdata, Inc., 5301 Maryland Way Suite 100, Brentwood, TN 37027-5028 |
| 3830334 | + | Daigle Fisse & Kessenich, Michael William McMahon, Paul R. Trapani, III, 227 Highway 21, Madisonville, LA 70447-9677 |
| 3830335 | + | Derwin Falcon, 4737 North River Road, Port Allen, LA 70767-3860 |
| 3830336 | | Devall Towing & Boat Service of Hackberr, PO Box 54220, New Orleans, LA 70154-4220 |
| 3830337 | + | Diamond Services Corporation, PO Box 1286, Morgan City, LA 70381-1286 |
| 3830338 | + | Dunham-Price Group, LLC, c/o its registered agent, Robert Price, III, 210 Mike Hooks Road, Westlake, LA 70669-5734 |

Case 20-11419 Doc 347 Filed 01/27/23 Entered 01/27/23 23:17:19 Imaged Certificate of Notice Page 3 of 7

| District/off: 053L-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: 2040laeb | Total Noticed: 120 |

| | | |
|---|---|---|
| 3830339 | + | Eagle Control Systems, 4341 Inniswold Rd, Baton Rouge, LA 70809-2618 |
| 3830340 | | Economy/Stone Midstream Fuel, LLC, PO Box 4869, Dept. 476, Houston, TX 77210-4869 |
| 3830341 | + | Frilot LLC, Patrick J. McShane, Danica Benbow Denny,, T. Patrick O'Leary and Kathleen P. Rice, 1100 Poydras St., Suite 3700, New Orleans, LA 70163-3600 |
| 3830343 | + | GVL, LLC, c/o Ben E. Clayton, Clayton Law Firm, PO Box 189, Bogalusa, LA 70429-0189 |
| 3836889 | + | Genesis Venture Investments, LLC, PO Box 38, Mandeville, LA 70470-0038 |
| 3830342 | + | Genesis Venture Logistics, LLC, c/o Ben E. Clayton, Clayton Law Firm, PO Box 189, Bogalusa, LA 70429-0189 |
| 3830344 | + | Hydra Force LLC, 1910 Engineers Road, Belle Chasse, LA 70037-3177 |
| 3830346 | + | Independent Diving Services, LLC, 100 Herman Drive, Belle Chasse, LA 70037-3204 |
| 3830348 | | Internal Revenue Service, PO Box 932100, Louisville, KY 40293-2100 |
| 3830349 | + | IntraTug, PO Box 577, Maurice, LA 70555-0577 |
| 3830350 | | John W. Stone Oil Distributors LLC, PO Box 4869, Dept. 322, Houston, TX 77210-4869 |
| 3830351 | + | Johnny's Propeller Shop, PO Box 2237, Morgan City, LA 70381-2237 |
| 3830352 | #+ | KZM Marine Services, LLC, 1209 Linwood Avenue, Metairie, LA 70003-2311 |
| 3886905 | + | Kushner LaGraize LLC, 3330 West Esplanade Avenue Suite 100, Metairie, LA 70002-3454 |
| 3830355 | | Louisiana Deprt. of Revenue, P. O. Box 4969, Baton Rouge, LA 70821-4969 |
| 3830357 | | M/G Transport Services, Inc., PO Box 679381, Dallas, TX 75267-9381 |
| 3830358 | | Marine Fueling Services, Inc, 9000 Old Yacht Club Road, Port Arthur, TX 77642 |
| 3833290 | + | Mark A. Mintz, Jones Walker, LLP, 201 St. Charles Ave., Suite 5100, New Orleans, LA 70170-5101 |
| 3830359 | + | McCranie, Sistrunk, Anzelmo, Hardy, McDa, 909 Poydras St., Suite 1000, New Orleans, LA 70112-4020 |
| 3830360 | | McDonough Marine Service, PO Box 919227, Dallas, TX 75391-9227 |
| 3830361 | | McKnight Cranberry LLP, PO Box 783457, Philadelphia, PA 19178-3457 |
| 3830362 | + | Miller Hahn, PLLC - LA, Allan C. Crane, Bobby R. Miller, Jr., 365 Canal Street, Ste. 860, New Orleans, LA 70130-1157 |
| 3830363 | + | Neale Marine Transportation & Fleeting, PO Box 5368, Vienna, WV 26105-5368 |
| 3830364 | + | Par Funding (CBSG), 22 North 3rd Street, Philadelphia, PA 19106-2113 |
| 3830365 | + | Patriot Construction, PO Box 10, Duson, LA 70529-0010 |
| 3847427 | | Pennsylvania Department of Revenue, Bankruptcy Division, P O Box 280946, Harrisburg, PA 17128-0946 |
| 3830366 | | Pennsylvania Department of Revenue, PO Box 280904, Harrisburg, PA 17128-0904 |
| 3830367 | + | Pusateri, Johnston, Guillot & Greenbaum, 1100 Poydras Street, Suite 2250, New Orleans, LA 70163-2300 |
| 3830368 | | Quality Carriers, Inc., 4910 Paysphere Circle, Chicago, IL 60674-4910 |
| 3836092 | + | Quill/Tom Riggleman, 7 Technology Circle, Columbia, SC 29203-9591 |
| 3840809 | + | RJ's Transporation LLC, 1737 Highway 190 West, Port Allen, LA 70767-3837 |
| 3830369 | #+ | Reasonover & Berg, LLC, Kirk Reasonover, 400 Poydras Street, Ste. 1980, New Orleans, LA 70130-3270 |
| 3830370 | + | Rebel Oil Co., Inc., 2200 South Highland Drive, Las Vegas, NV 89102-4629 |
| 3834105 | + | Rebel Oil Company, c/o Wolkin Law Group, 235 W. Giaconda Way, Suite 217, Tuscon, AZ 85704-4343 |
| 3835474 | + | Red River Bank, c/o Edna Ayliffe Latchem, 8125 Jefferson Highway, Baton Rouge, Louisiana 70809-1606 |
| 3830371 | + | Retif Oil & Fuel, LLC, 1840 Jutland Drive, Harvey,, LA 70058-2361 |
| 3830372 | + | River Barge Works, 3021 Highway 190, Port Allen, LA 70767-3951 |
| 3834250 | | River Ventures, L.L.C., Michael W. McMahon, P.O. Box 5350, Covington, LA 70434-5350 |
| 3834177 | + | River Ventures, L.L.C., c/o Michael W. McMahon, Daigle Fisse & Kessenich, PLC, P. O. Box 5350, Covington, LA 70434-5350 |
| 3847199 | | River Ventures, LLC, c/o Kirk N. Aurandt, DAIGLE FISSE & KESSENICH, PLC, P. O. Box 5350, Covington, LA 70434-5350 |
| 3830373 | + | River Ventures, LLC, PO Box 429, St. Amant, LA 70774-0429 |
| 3830374 | + | Riverlands Insurance Services, 12 St. Ann Drive, Unit 5, Mandeville, LA 70471-3415 |
| 3830375 | + | Robert B Miller & Assoc Inc, 230 S Bemiston Ave, Suite 1230, St Louis, MO 63105-1912 |
| 3897895 | + | Royal Business Group LLC, c/o Jason Gang, Esq., PO Box 478, Hewlett, NY 11557-0478 |
| 3891883 | + | Royal Business Group, LLC, c/o Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, LA 70817-1372 |
| 3830376 | + | Royal Funding, 80 Broad Street, Suite 1302, New York, NY 10004-2250 |
| 3831501 | + | Ryder Truck Rental, Inc., c/o Mary D. Siegler, Paralegal, Walsh & Gaertner, 24 East Fourth Street, St. Paul, MN 55101-1002 |
| 3830378 | + | Scott D. Brownell, 14131 South Lakeshore Drive, Covington, LA 70435-5765 |
| 3830379 | + | Settoon Towing, PO Box 11407, Dept. 2088, Birmingham, AL 35246-3035 |
| 3830380 | + | Stanley Parts and Equipment, PO Box 325, Channelview, TX 77530-0325 |
| 3833878 | + | Sternberg, Naccari & White, LLC, Attn: Ryan J. Richmond, 17732 Highland Road, Suite G-228, Baton Rouge, LA 70810-3846 |
| 3869406 | + | TD Auto Finance, LLC, Richard A. Rozanski, APLC, P.O. Box 13199, Alexandria, LA 71315-3199 |
| 3830386 | | TRI-CON, INC., PO Box 20555, Beaumont, TX 77720-0555 |
| 3830381 | + | Tamir Law Group, P.C., c/o Yeshaya Gorkin, Esq., 225 Broadway, 39th FL, New York, NY 10007-3007 |
| 3830384 | + | The St. Paul Barge Line, Inc., 4537 Folse Drive, Metairie, LA 70006-1256 |
| 3831313 | + | The St. Paul Barge Line, Inc., c/o Mark C. Landry, 3501 N. Causeway Blvd., Suite 300, Metairie, LA 70002-3618 |
| 3831503 | + | Total Quality Logistics, LLC, c/o Mallory C. Klock, Esq., Levin Law Offices, 716 North Causeway Blvd., Metairie, LA 70001-5344 |
| 3831502 | + | Wolkin Law Group, 235 W. Giaconda Way, Suite 217, Tucson, AZ 85704-4343 |

TOTAL: 99

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | ^ | MEBN | Jan 25 2023 19:13:08 | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2128 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Jan 25 2023 19:13:00 | Louisiana Workforce Commission, UI Tax Liability and Adjudications, Attn: Bankruptcy Unit, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338 |
| smg | | Email/Text: USALAE.Bankruptcy@usdoj.gov | Jan 25 2023 19:13:00 | U. S. Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| cr | + | Email/Text: SPECK@LAWLA.COM | Jan 25 2023 19:13:00 | American Commercial Barge Line, LLC, c/o Stewart F. Peck, 601 Poydras St., Suite 2775, New Orleans, LA 70130, UNITED STATES 70130-6041 |
| cr | | Email/Text: rev.bankruptcy@illinois.gov | Jan 25 2023 19:13:00 | Illinois Department of Revenue, Bankruptcy Unit, PO Box 19035, Springfield, IL 62794-9035 |
| 3831088 | + | Email/Text: SPECK@LAWLA.COM | Jan 25 2023 19:13:00 | American Commercial Barge Line, LLC, c/o Stewart F. Peck, 601 Poydras Street, Suite 2775, New Orleans, Louisiana 70130-6041 |
| 3830326 | | EDI: CAPITALONE.COM | Jan 26 2023 00:19:00 | Capital One Credit Card, PO Box 60599, Industry, CA 91716-0599 |
| 3878798 | ^ | MEBN | Jan 25 2023 19:13:50 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 3830345 | | Email/Text: rev.bankruptcy@illinois.gov | Jan 25 2023 19:13:00 | Illinois Department of Revenue, PO Box 19004, Springfield, IL 62794-9004 |
| 3830347 | | EDI: IRS.COM | Jan 26 2023 00:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 3830353 | | Email/Text: bankruptcy@loanme.com | Jan 25 2023 19:13:00 | Loan Me, 1900 S. State College Boulevard, Suite 300, Anaheim, CA 92806 |
| 3830354 | | EDI: LADOR | Jan 26 2023 00:19:00 | Louisiana Department of Revenue, Collection Division, Bankruptcy Section, PO Box 66658, Baton Rouge, LA 70896-6658 |
| 3830356 | | Email/Text: bankruptcy_bpc@lwc.la.gov | Jan 25 2023 19:13:00 | Louisiana Workforce Commission, UI Tax and Adjudications, Attn: Bankruptcy Unit, PO Box 44127, Baton Rouge, LA 70804-4127 |
| 3844113 | | Email/Text: bnalley@mcdonoughmarine.com | Jan 25 2023 19:13:00 | Marmac, LLC, 3500 N. Causeway Blvd., Suite 900, Metairie, LA 70002 |
| 3830377 | + | Email/Text: jennifer_morris@ryder.com | Jan 25 2023 19:13:49 | Ryder Truck Rental, Inc., 6000 Windward Parkway, Alpharetta, GA 30005-8882 |
| 3857596 | + | Email/Text: bankruptcy@stpso.com | Jan 25 2023 19:13:00 | TAX COLLECTOR, ST.TAMMANY PARISH, P O BOX 608, COVINGTON, LA 70434-0608 |
| 3830383 | + | EDI: LCITDAUTO | Jan 26 2023 00:19:00 | TD Auto Finance, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 3834258 | | EDI: LCITDAUTO | Jan 26 2023 00:19:00 | TD Auto Finance, LLC, PO Box 16041, Lewiston, ME 04243-9523 |
| 3830382 | + | Email/Text: bankruptcy@stpso.com | Jan 25 2023 19:13:00 | Tax Collector/Sheriff, Parish of St. Tammany, PO Box 1120, Covington, LA 70434-1120 |
| 3830385 | | Email/Text: jwells@tql.com | Jan 25 2023 19:13:00 | Total Quality Logistics, PO Box 634558, Cincinnati, OH 45263-4558 |
| 3839809 | + | Email/Text: jwells@tql.com | Jan 25 2023 19:13:00 | Total Quality Logistics, LLC, Attn: Joseph B |

Case 20-11419 Doc 347 Filed 01/27/23 Entered 01/27/23 23:17:19 Imaged Certificate of Notice Page 5 of 7

| District/off: 053L-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: 2040laeb | Total Noticed: 120 |

Wells, Asst Corp Counsel, 4289 Ivy Pointe Blvd, Cincinnati, OH 45245-0002

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3834064 | | DP Concrete Products, LLC |
| smg | * | Louisiana Department of Revenue, Collection Division/Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| cr | *+ | Royal Business Group, LLC, c/o Barbara B. Parsons, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3, Baton Rouge, LA 70817-1372 |
| cr | *+ | TD Auto Finance, LLC, Richard A. Rozanski, APLC, P.O. Box 13199, Alexandria, LA 71315-3199 |
| 3837041 | *+ | Pusateri, Johnston, Guillot & Greenbaum, LLC, 1100 Poydras St. Ste 2250, New Orleans, LA 70163-2300 |
| 3857597 | *+ | TAX COLLECTOR, ST TAMMANY PARISH, P O BOX 608, COVINGTON, LA 70434-0608 |
| 3830322 | ## | Baton Rouge Harbor Service, INC, PO BOX 878, Groves, TX 77619-0878 |
| 3830323 | ##+ | Bayou Fleet, PO Box 446, Hahnville, LA 70057-0446 |
| 3830324 | ##+ | Bohman Morse, LLC, Harry E. Morse, VI, Martin S. Bohman, 650 Poydras St., Ste. 2710, New Orleans, LA 70130-6160 |
| 3887411 | ##+ | Clayton Law Firm, LLC, 202 Village Circle, Suite No. 2, Slidell, Louisiana 70458-5418 |
| 3844914 | ##+ | Complete Business Solutions Group, Inc., 20 North 3rd Street, Philadelphia, PA 19106-2118 |

TOTAL: 1 Undeliverable, 5 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barbara Rivera-Fulton | bararfulton2015@gmail.com  la49@ecfcbis.com |
| Barbara B. Parsons | on behalf of Creditor Royal Business Group  LLC bparsons@steffeslaw.com, schassaing@steffeslaw.com;akujawa@steffeslaw.com |
| Ben E Clayton | on behalf of 3rd Pty Defendant Lorraine Mae Hyde ben@claytonlawfirmllc.com |
| Ben E Clayton | on behalf of 3rd Pty Defendant Genesis Venture Trucking ben@claytonlawfirmllc.com |
| Ben E Clayton | on behalf of 3rd Pty Defendant NextGen Marine  LLC ben@claytonlawfirmllc.com |
| Ben E Clayton | on behalf of 3rd Pty Defendant Genesis Venture Investments  LLC ben@claytonlawfirmllc.com |
| Ben E Clayton | on behalf of Debtor Genesis Venture Logistics  L.L.C. ben@claytonlawfirmllc.com |

Case 20-11419 Doc 347 Filed 01/27/23 Entered 01/27/23 23:17:19 Imaged Certificate of Notice Page 6 of 7

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Jan 25, 2023 | Form ID: 2040laeb | Total Noticed: 120 |

Ben E Clayton
    on behalf of 3rd Pty Defendant Genesis Venture Supply LLC ben@claytonlawfirmllc.com

Ben E Clayton
    on behalf of Plaintiff Genesis Venture Logistics L.L.C. ben@claytonlawfirmllc.com

Ben E Clayton
    on behalf of 3rd Pty Defendant Genesis Venture Assets LLC ben@claytonlawfirmllc.com

Benjamin E. Clayton, IV
    on behalf of Plaintiff Genesis Venture Logistics L.L.C. ben@claytonlawfirmllc.com

Caroline McCaffrey
    on behalf of Creditor Dunham-Price Group LLC cmccaffrey@joneswalker.com

Christy Renee Bergeron
    on behalf of U.S. Trustee Office of the U.S. Trustee Christy.Bergeron@usdoj.gov

Edna Ayliffe Latchem
    on behalf of Creditor Red River Bank edna.ayliffe.latchem@gmail.com ayliffe@intersurf.com

Fernand L. Laudumiey, IV
    on behalf of Trustee Barbara Rivera-Fulton laudumiey@chaffe.com bankruptcy@chaffe.com;messina@chaffe.com

Greta M. Brouphy
    on behalf of Debtor Genesis Venture Logistics L.L.C. gbrouphy@hellerdraper.com, vgamble@hellerdraper.com

Harry Morse
    on behalf of Defendant Tommy B. Henry harry@harrymorse.com

Harry Morse
    on behalf of Creditor KZM Marine Services LLC harry@harrymorse.com

Harry Morse
    on behalf of Defendant KZM Marine Services LLC harry@harrymorse.com

Harry Morse
    on behalf of Plaintiff KMZ Marine LLC harry@harrymorse.com

Harry Morse
    on behalf of Creditor Diamond Services Corporation harry@harrymorse.com

Heather L. Kirk
    on behalf of Defendant DP Aggregates LLC hkirk@joneswalker.com

Heather L. Kirk
    on behalf of Defendant Dunham-Price Group LLC hkirk@joneswalker.com

James Wesley Thurman
    on behalf of Creditor American Commercial Barge Line LLC jthurman@lawla.com

Jefferson R. Tillery
    on behalf of Defendant Dunham-Price Group LLC jtillery@joneswalker.com

Jefferson R. Tillery
    on behalf of Defendant DP Aggregates LLC jtillery@joneswalker.com

Joshua P. Clayton
    on behalf of Spec. Counsel Clayton Law Firm LLC josh@claytonlawfirmllc.com

Joshua P. Clayton
    on behalf of Debtor Genesis Venture Logistics L.L.C. josh@claytonlawfirmllc.com

Kirk N Aurandt
    on behalf of Creditor River Ventures LLC kaurandt@daiglefisse.com

Leo D. Congeni
    on behalf of Trustee Leo D. Congeni leo@congenilawfirm.com michelle@congenilawfirm.com

Leo David Congeni
    on behalf of Trustee Leo D. Congeni leo@congenilawfirm.com michelle@congenilawfirm.com

Mark Mintz
    on behalf of Creditor Dunham-Price Group LLC mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com

Mark C. Landry
    on behalf of Creditor The St. Paul Barge Line Inc. mlandry@newmanmathis.com

Michael E. Landis
    on behalf of Interested Party Lorraine Mae Hyde mlandis@hellerdraper.com Vgamble@hellerdraper.com

Michael E. Landis
    on behalf of Debtor Genesis Venture Logistics L.L.C. mlandis@hellerdraper.com, Vgamble@hellerdraper.com

| District/off: 053L-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: 2040laeb | Total Noticed: 120 |

Michael E. Landis
    on behalf of Creditor The St. Paul Barge Line Inc. mlandis@hellerdraper.com, Vgamble@hellerdraper.com

Michael W. McMahon
    on behalf of Creditor River Ventures LLC mmcmahon@daiglefisse.com

Office of the U.S. Trustee
    USTPRegion05.NR.ECF@usdoj.gov

Richard A Rozanski
    on behalf of Creditor TD Auto Finance LLC richard@rarlaw.net

Robert A. Mathis
    on behalf of Creditor Citizens Bank & Trust c/o Robert Mathis rmathis@newmanmathis.com

Ryan James Richmond
    on behalf of Interested Party Lorraine Mae Hyde ryan@snw.law

Stephen T. Perkins
    on behalf of Creditor RJ's Transportation LLC afries@twpdlaw.com

Stewart Peck
    on behalf of Creditor American Commercial Barge Line LLC speck@lawla.com, rmichel@lawla.com


TOTAL: 43